United States District Court
District of Connecticut

Kevin Lindsay
Plaintiff

v. Prison Medical Provider
University of Connecticut
Health Center, Et Al
Defendant's

v. OmPrakash Pillia MD.
v. Corrigan Medical Et Al
Corrigan Correction Staff Et Al

Federal Court
915 Lefayett Boulevard
Bridgeport, Connecticut
06604

Case No _____
Date  Feb. 6,  _____  2020

Cause of Action

I the Plaintiff Kevin Lindsay #92883 now housed
at Corrigan / Radgowski C.I  986 Norwich - New London Tpke
Uncasville, Connecticut  06382.

Your Honorable Court, the Plaintiff ask upon Review
allow him to bring a class action Sue to all
parties Named upon as they all played some type
or Role that cause him pain and suffering, along
with having to repair his bladder and now awaiting
Surgery [S]..

As to where it all began was in 2014
people hired or worked under U. Conn. Health Center,
all agreed to provide all medicial Needs under
their proper training. this is the reason the Plaintiff
feels some of the blam belongs to them.

—1—

ON Nov. 25, 2019 the said Plaintiff under went incredible enormous amount of pain for at less 14-18 hour after for years of complaining.

The Plaintiff states once parties recieved Results thue testing at NO point was there any follow-up or concerns at some point the Plaintiff would go thue having his bladder repair and had to where a Catheter from Nov. 25. 2019 —— Feb. 4, 2020 and still awaiting more surgery [s] to ensure his health, everyone over Look it and the out come was Brutal.

2) While housed at McDougall C.I. the Plaintiff complained about pains in his stom-ash and had a hard time in univending - upon one test that was done the findings was high and should have Sent a red flag or follow-up treatment, under the care of MD Pillia that too Never happen.

3) While house at Corrigan C.I the Plaintiff also complained about stom-ack pains he was having and thought it has to do with the medications he was taken - the Plaintiff isn't no doctor so he inform Corrigan Medical and that he had request a colonscopy since 2017 here it's 2019 and still No one follow-up thue his medical records.

—2—

4) ON Nov. 24. 2019 was the Day every thing went wrong and No one thought it was possible.

5) ON Oct. 2019 the Plaintiff was sent to U. Conn Health Center to see an Urologist.

6) ON Aug 14. 2019 I was sent for blood work it indicated the Plaintiff prostate antigen is high and placed on "Tamsulosin" to help with the urination problem - Not true as the records will show.

7) Corrigan Medical Staff did not ensure the proper diagnosis understanding the dangers the Plaintiff would go thru.

8) Let the records, Attacked to the Plaintiff Claim show the pattern that lead to the Plaintiff health issues.

9) ON Nov. 24. 2019 at or around 8:15pm the Plaintiff could No longer urina - was told at 8:30pm pill-line witch is done in 7-unit every day. the Plaintiff was told to drick more water and lay down. and write to Sick Call.

10) Some time after 10pm on the Night of Nov 24. 2019 the Plaintiff was in serious pain and tryed to use the restroom - Nothing happen.

— 3 —

pg-4

ON NOV 2 or 3. the Plaintiff was given a urinval and was
11) told to keep records of the amount when he had to
go. See Exhibit-A and A-1.

12) ON NOV 24, 2019 at Night the Plaintiff could Not release
fluids from my body as I tryed.

13) NOV. 24, 2019 at on around 8:30pm ———— 9:30 Am on NOV.
25, 2019 I the Plaintiff was hung over my cell toilet
Boxer's down to the floor. with walker between
the cell toilet. shacking Normally to maintein
what little strength I had left. I couldn't even
cry out for help.

14) ON NOV. 25, 2019 at on around 9:30 Am my cell
door had open for REC. officer Conrad spotted
the Plaintiff standing in Door-way of cell where the
toilet is.

15) Plaintiff Response was I Need medical?

16) upon arriving to Medical RN Beth Show acompany
by RN Evion attemped to straight cathever the
with out examination first. DR Feder was in
the other Room.

17) upon the attemp a hole was made in my Bladder
which cause a lot of bleeding – at that point cathever
was Removed RN EVION summing the Doctor and A
a 911 Hazards call was made to the Emergency.

—4—

18) On Nov 24-25, 2019 Security on First Shift made Rounds every half an hour as trained to do. Not once did the Officer stop and check to see if all was good.

19) For the counts, the Plaintiff **is** in a single cell due to his disable and his use of a walker.

Your Honorable Count, the Plaintiff ask after Review of all the Facts that all parties be held accountable for the harm cause to the Plaintiff....

Respectfully Submitted

Date Feb. 6, ___ 2020

Kevin Lindsay #92883
Corrigan - Radgowski cc
986 Norwich - New London Tpke
Uncasville, Connecticut
06382

Certification

I hereby state all the information given to this count is true to the very best of my knowledge.

United States District Court
District of Connecticut

Case No _____

Kevin Lindsay
Plaintiff

Federal Court
915 Lafayette Boulevard
Bridgeport. Connecticut
06604

v.

Prison Medical Provider
University of Connecticut
Health Center Et Al

v. Omprakash. Pillai MD

v. Corrigans Medical Et Al

v. Corrigan Correction Staff Et Al

Individual Capacities

Jury Trial Demaned

Verified: Complaint for Damages and Injunctive Relief

This is a 1983 action filed by Kevin Lindsay #93883 a State Prisoner at Corrigans/Radgowski CI - 986 Norwich - New London Tpke Uncasville, Connecticut 06382.

Alleging violation of his constitutional rights to recieve Medical care and seeking injunctive relief and money damages.

The Plaintiff also seeks an injunction and damages pursuant to the Americans with Disabilities Act and the Rehabilitation Act.

II Jurisdiction

Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sec. 1343 (a)(3) in that this action seeks

-1-

pg 2.

to Redress the deprivation, under color of State Law, of rights secured by Acts of Congress providing for equal rights of persons within the Jurisdiction of the UNITED States.

## III   Parties

1) Plaintiff Kevin Lindsay at one time or another was Confined by Connecticut Department of Connections (C.D.O.C.) at McDougall / Walker C.I. (M.W. C.I.)

2) Defendant's Prisoner Medical Providers (P.M.P.) was a private Connecticut Corporation which has been at all relevant times under contract with Connecticut Department of Connection to provide medical care and service to inmates confined with C.D.O.C. including McDougall / Walker and Corrigan-Radgowski C.I.

3) Defendant MD Omprakash Pillie at all relevant time was a Doctor employed by M/W D.O.C. P.M.P.

4) Defendant's John Doe[s] at all relevant times was C.O. Lieutenant at Corrigan / Radgowski CI employed by (C.D.O.C).

5) Defendant's and Staff at all relevant times were acting under color of State law and are being Sued in their Individual Capacities.

oct _____ 2020

respectfully submitted

Kevin Lindsay #92883

End

Pg-3        Other individuals named in claim at
this time:

1) RN Beth Shaw attempted to straight
   Catheuca me on 11-25-19 which at this
   time cause the hole in Bladder.

2) Amy (RN) Last name unknown - on Dec. 1, 2019
upon returning from Backus Hospital - at 1am
the Plaintiff informed Mrs Amy RN that he was
having Chest pains and in need of water -
her reply was "I don't pass out water until 8am
and if I was in need to get it from the
toillet - I reported it to RN ~~Jesse~~ whom is
no longer employed at Corrigan - wrote it
and reported the insident. Refuse Medical Treatment.

3) Mr Andew's (RN) on Jan 2, 2020 - upon returning
   from Backus Hospital from a replacement of Catheter
was informed of a infection due to the over
replacement (30 days) the Plaintiff informed the office
on deity at 4:30 pm — 5:30 pm he needed to go
to medical because of a over hard abdomen,
was told to get help right away - RN Andew's told
the Plaintiff - it's nothing - because the catheter holes was
a bit small from a 24" to 21" ask for Tyenal's due
to pain - reliese me and ask for me to leave Medical
Now - I followed the direct order and reported it
to APRN Mrs Mallory. Also reliese treatment place for Plaintiff
on 3 occassion..

Pg-4

(4) RN V.C. - refuse medical treatment and refuse to to pass medical treatment to a other medical staff, following the Plaintiff went to recieve his medication in I-unit Med line. informed RN Jessia he wasn't getting the meds that had been ordered by Apron Malloy what was a must to take to kill the infections — and since returning from the Hospital the Plaintiff didnt have on hand meds - this went on for 6 day's again the Plaintiff reported it and wrote to the Doctor see exhibit 1 (request form) was told the matter was taken care of - RN Jessia - came to I-unit where the Plaintiff cell is and drop off his med's at the C.O. desk and was not placed in bag to conseal my medical issues.

(5) on Saturday Jan 25, 2020 at 9:30 am during pill line in I-unit - again the Plaintiff informed RN V.C. that the Catherer holen patch needed to be Changed - RN Vesca replyed Pill send one down to you- I then explain to her- I don't know how and the area also has to be clean with Alcohol and Skin adhesine to protect the skin from infecdoon - Again refuse treatment and never informed other Staff.

See rules in exhibit A-1 concerning treatment.

Dated Feb 6         2020

Submitted By
Kevin

United States District Court
District of Connecticut

CASE NO _____

Kevin Lindsay
        Claimant

Federal Court
915 Lafayett Boulevard
Bridgeport, Connecticut
06604

v. Prison Medical Providers
University of Connecticut
Health Center et al

v.
omprakash Pillai MD          individual capitey

v. Corrigan Correction Medical et al      "Jury Trial Demoned"

v. John Doe's Corrigan CT Staff

## Statement of Claim / Caption

I hereby state - that Kevin Lindsay has now file a
class Actions Sue against all parties named above and
under John Doe for all parties involved unknown at this
time in their individual complicity and the harm cause
to the Claimiant.

On Nov. 25, 2018 at or around 8:30 am — or 9:15 am
the Claimiant housed at Corrigan Correction - Fox unit
Cell 118 - Notified officer on duty that he needed / or
was in need of Medical Emergency A.S.A.p because
the pain he was in had cause his Body to shut down.
Upon arrival to medical - the RN and Doctor / RN and RN's
preform or attemped to install a catheter to release
the pressure that has cause his Bladder to collapse due to
an enlarge prostate. the attemp fail and a 911 Hazard
or Hazardous call was sent out to dispatch and an
Emergency vehicle arrival at Corrigan Connection and
transport Mr. Lindsay to Backus Hospital Emergency Room.

page 1

Page (2)

the claimant claims that all parties Named in case was "Deliberate Indifference" to his medical Needs and Cause him Enormous bodily pain.

## Deliberate Indifference Standard

the Supreme Court has stated that "deliberate indifference" to serious medical Needs of Prisoner's constitutes the unnecessary and wanton infliction of pain.... proscribed by the Eighth Amendment.

Under the Eighth Amendment and Due Process Clause; "the applicable standard is the same. so decisional law involving prison inmates applies equally to cases involving arrestees or pretrial detainees".

"Two circuits have set out standards for detainees that they say are not much different from the Eighth Amendment Deliberate Indifference standard.

As with other Eighth Amendment Claims, the deliberate indifference standard requires a plaintiff to show that the defendant's had actual knowledge of an objectively Cruel condition (in medical cases, a serious medical Need) and did Not respond reasonably to the risk.

Farmer v. Brennan, 511 U.S. 825, 837, 114 S. Ct. 1970 (1994):

the Plaintiff will show that on Record in 2014, he requested a examination for colinopes. due to his age at that time he was 54 years old.

Upon Review of his results, it indicated the Number 4.4     H = High - No further test was done.

The Plaintiff claims medical malpractice. Since a misdiagnosis or nondiagnosis resulting from failure to exercise ordinary knowledge, skill, and care does constitute malpractice.

<u>The facts that a risk was obvious can support a</u> finding that the defendants knew about it: <u>Farmer v. Brennan,</u> 511 U.S. 825, 842-43 114 S. Ct 1970 (1994).

The Plaintiff indeed made attempts with follow-up medical request complaining of stomach and pain's he was having since 2014 — 2019 (let the record show).

For the record- since being incarcerated here in D.O.C Inmate Kevin Lindsay smith's he had other medical issues going on- and thought due to the medication he was recieving may or may not be the cause of his stomach pains and problems "<u>He's no Doctor</u>".

The law does states I don't have to show that the defendant's knew exactly what was wrong with me or what its consequences could be if it was clear "I" a serious problem and the defendants disregarded it.

<u>Facts</u>

i). On Dec. 22, 2014- upon my visit to Mcdougall C.I medical sick call I request a prostate examination, at the same time I ask if could request a <u>Colonscopy</u> not digital - because I had to strain to have a bowel movement;

(2) Per order by physician OmPraKash Pillai A Specimen CBC was collected on Dec. 31, 2014 —— Date and time ordered 12-31-2014 at 9:12 Am;

(3) Initial Special Chemistry:
Prostate Specific Ag   4.4   H   0.0-4.0
"H" stand for High and No further test was taken.

(4) From 2014 until 2016 while still housed at No further test or information on my prostate was mention to me of a concern;

(5) As of Feb. 2017 I was transfered to Corrigan — Radgowski CI - I was being seen for other medical reason and ask to be screen for my stomach because of the pains I was having and I informed medical staff here that while I was at McDougall CI I was awaiting the Colon exam - I was told there was No record of it - at that point I showed medical the appointment sheet on my request, I was told "NO schedule or further testing was ordered.

(6) ON 2-5-19, 5-29-19 and 6-26-19 I wrote request to medical Doctor follow-up; also 7-11-19

(7) 2-5-2014, I informed medical here a Concern that I indeed sign up on 12-22-2004 and again in 2017 that I was 55 yrs old and I needed the ColonScopy done and my blood work needed to up dated;

(8)   On May 27, 2019, I wrote to see the Doctor to inform he or she I've been waiting to see the Doctor my request read's "Medical Doctor follow-up" that I was put on Tyenal - 3 pills 3 to 4 time a day and I was having Stom-ack pains and I was Cramping so bad; I could hardly move - I had to hold my Stom-ach for 1-2 minute until the pain eases up - and nothing was being done about - RN Kayla - inform me that I had been on the list since March to see the "Provider"; March of 2019.

(9)   on June 26, 2019 - Again I wrote Medical-Doctor Follow-up to explain; I seen the Doctor on May 14, 2019 to ask to be taken off the Tyenal because of the pain I was having in my Stom-ack - That did help I had NO ideal it was coming from Prostate and my Bladder was having a hard time to allow me to urine; it made me feel like I was discharging and it hurt as as it came out;

(10)   on August 19, 2019 APRN Loreen Williams informed me on my Labwork she had order. it states the the following: "Recently you had a health care encounter, the following medical test(s) was (were) Completed and Reviewed by Prescriber".

   Kidney, liver, thyroid - all look Good - but your Prostate antigen is High.

Page (6)

(11) it also states - this could be the reason why I'm having issues with urination - I was place on the list to see <u>a urologist</u> to determine if a prostate biopsy in indicated or not. ordered me place on "<u>Tamsulosine</u>" to help with my urination. it also showed in my X-ray <u>Constipation</u> - making it difficult to move my bowels.

(12) On or Before Nov. 25. 2019 - I came to find out my appointment was never schedule for some unknown reason. spoke to APRN Williams and she could understand "why" because my visit with her would have allowed her to make the necessary call.

(13) I was seen at U. Conn Health Center some time at the beganing of Nov. 2019 - the urologist gave an examination and came to find out my prostate had bauble in size in only a short period of time.

(14) On Nov 25. 2019 at or around 1 am. I was awaken by a nation to use the bathroom - when I tryed to go - Nothing but a few drop's would come out and the point was so bad my leg's shaked - this continued on until 8:30 or 8:45 am morning Rec. my cell door open auto-matic by the second staff officer - at that point <u>officer Conway</u> notice something wrong and came to my add - and immediately called medical to help with the situation at hand.

Delay in recieving Emergency medical care in a 911 situation

pg
(7)

Use of Restraints in a 911 Emergency Situation

This Plaintiff Claim during his medical Emergency Prison officials was deliberate indifference. Malicious and Sadistic intent, deprivation of the right of bodily liberty and atypical and significant hardships.

Facts

On Nov. 25, 2019 at or around 8:45 Am — 9:15 Am the Plaintiff was place in urgent, serious medical need. Once medical place A 911 Hazard "Risk, danger" call out the Plaintiff was in A Life threatening situation an in need of emergency (sudden occurrence demanding Quick Action") yet Prison official wasted unnecessary time and "Hog-tyed" him on a Emergency Stretcher before transporting him to Backus Hospital for surgery — Corrigan Medical Personal tried to insert a medical Catheter to release the pressure that had backed up in the Plaintiff Stomach — unknown at that time. that the Plaintiff Bladder had collapse due to his enlarge Prostate that they "Medical" was well aware of since 2014 — more test was done at Both Corrigan and U. Conn Health Center. and to my understanding. between appointments 2-3 weeks apart it had double or triple in size.

For the record: Kevin Lindsay has been disable since 2009 and since 2012 due to back injuries to his spine. On or before 11-2-2019 — the Plaintiff was given a sheet of paper so that monitoring the amount of urine each time I had to go; if it had been check on a daily basis or every 2 to 3 day. Medical would has seen something was wrong. that did not happen. the same goes for my the delay in testing.

Pg. 8

NON-physician staff like Nurses and physicians assistants cannot lawfully be assigned - or try to perform. tasks beyond their training. or be left without adequate supervision:

   <u>Toussaint v. McCarthy</u> 801 F.2d at. 1111 - 12 ( medical technical assistants. Registered Nurses. and inmates cannot lawfully render services they are not qualified For)

   ON Nov. 25, 2019 at 10:18 Am RN <u>Beth Shaw</u> attempted to straight catheres the Plaintiff - upon this tash it it was impossible to complete ("Plaintiff ended up with Bladder damage") and A hole witch cause massive Blood clot evacuation and Fulguration of Bleeding once he arrivied at Backus Hospital ER.

   the prostate was found to be very large and to be more than 100 g.

   ON Oct 30, 2019 upon result that came back from U. CONN. I was told to monitor a urination Journal to measure. the amount of urine on my outout - from Nov - 4, 2019 - until - Nov 24, 2019 my outout Continue to drop and the pain became unbearable - No Medical staff reviewed the Journal - Exhibit 1. Journal

   on Nov. 24, 2019 - at 8:30 pm was the last time I was able to urinate.

(4) Defendant [s] John Doe. are employed at Corrigan - Radgowski CI. Medical Staff and Physician employed between Feb. 2017 ——— 2020 at this year are being sued in their individual Capacity.

5) Defendant RN Amy. employed at Corrigan CI medical Staff is being sued in her individual Capacity, in her Role on Dec. 2 or 3.2019. told Plaintiff at 1am when she was making her Rounds. Plaintiff complaint of Chest pain and his Need of water - he was They don't do water until 8am. and if he was in Need to get it from the toilet - Plaintiff relay that information to RN KC at 8 or 9 am that morning, RN KC. wrote this information down and address Someone. unknown at this time.

## Facts

1) ON or before Dec. 22.2019. the Plaintiff wrote to medical Sick call because he was having problems using the bathroom without straining.

2) ON Dec. 22.2019. Plaintiff was seen at McDougall Medical where he was housed.

3) ON Dec. 22. 2019. the Plaintiff was called to McDougall medical at 8 pm. I Stated I Need a prostate exam.

Page (10)

(4) The Plaintiff explain to the RN that he was having problems. and had to strain to use the bathroom.

(5) Plaintiff requested a Colonoscopy instead of oral.

(6) On Dec. 31, 2014- McDougall CI Physician Dr. Pillai ordered a Specimen (2) was Collected - results come back 4.4   H = High

(7) I was transferred from McDougal CI to Corrigan CI Feb. 22, 2019.

(8) On Feb. 5, 2019 - I wrote to Corrigan CI Medical for a Doctor follow-up stating the facts that I been waiting on a Colonoscopy since 2014 and has not been seen.

(9) On May 5, 2019 - The Plaintiff wrote a request to Corrigan medical explaining he was having pains in Stom-ach and it hurt so bad - RN Kayla informed my name has been on the Doctor's list since March.

(10) On June 26, 2019 - the Plaintiff wrote to Sick Call at Corrigan - explain after seeing the Doctor on May 14, 2019, asking to be taken off Tyenal because he thought that was the problem with his stom-ach. Wasn't

Page (11)

(11) ON August 19, 2019 - the Plaintiff was seen By APRN Loreen William Provider. she had test done

(12) ON Aug. 19, 2019 - Dr William requested appointment at U.Conn Health Center.

(13) ON Nov 2, 2019 - the Plaintiff was seen at U.Conn Health Center and was told my prostate have enlarge 2 to 3 times in Size in 3 weeks.

(14) ON NOV. 2, 2019 the Plaintiff was given 1 pices of paper to monitor his urine out take.

(15) From NOV. 1, 2019 —— NOV. 24, 2019 - the Plaintiff output verted from 220cc to 100cc.

(16) ON Nov. 24, 2019 the Plaintiff was having alot of pain tresing to urine. at 8:30 pm the last out put was 125cc

(17) ON Nov. 24, 2019 - the Plaintiff took his med's and try to to sleep.

(18) ON NOV. 25, 2019 - the Plaintiff was woken by a pains in his stom-ach and it felt like he has to use the rest room to pee. at on around 1am.

(20) At 1am was when he Notices he could no longer urinat it felt like he was discharging and felt his body going into stock.

21) On Jan 9, 2020 - Plaintiff was given promission to use his cell Chair along with the seat cussion to protect the the cathener that is attach to his thi. Lt Stovishish upon review of unit cambra inform the unit Staff Vega to have the Plaintiff move the chain from the dayRoom.

22) On the same day - at on around 11am the same Lt along with 3 officer came to the Plaintiff cell 118 in F unit and order the Plaintiff to turn over the plastic air cussion that was given along with other Medical surply's on his return from Backus Hospital on Dec 30, 2019.

23) While in Corrigan infirmary at Corrigan the cussion was given back to the Plaintiff that had been placed in A Green property plastis bag along with other items to maintain Safely of his cather while in use.

24) there was 2 officer's on hand from Jo ex from Backus Hospital to Corrigan A P unit upon entir of the Jail / Prison and all items was check and place back in the Bag.

25) Prison officials who are not doctor's act with deliberate indifference toward an inmate's serious medical needs by "intentionally denying on delaying to access to medical care on intentionally interfering with the treatment once prescribed.

26) On Sunday Jan 12, 2020 informed officer Conrad F-unit officer and showed him the Blood Now in my cathener for the pass 2½ days from having to sit on medical seating.

ON NOV. 21.2019. the Plaintiff informed the RN on Pill line ins the unit that I was in a lot of pain it Felts like I had to use the Restroom and Nothing would come out.

Was told to continue to drink alot of water and try to relax.

ON Nov. 24.2019 until Nov 25.2019 from 9pm on the 24 of Nov until 9:30 am Rec time I stand in the the door way at my cell seeking help - my body had gone it to shock and the reves from my leg's shacked so bad. I could hardly stand up. office Conrard Knowish me and knew some thing was wrong - and came to my add and placed a call to Medical over the radio.

A doctor has committed malpractice against the Plaintiff if he or che fails "to have and use the knowledge. skill and care ordinarily possessed and employed by members of the [medical Provider]

Again Plaintiff informed medical of the amount of pains he was now in and NO treatment examination was made - NO staff at Medical once called to check my urine discharge sheet put in place to ensure the safety of the Plaintiff health situation even after their was informed of the enlagoe size my prostate had gotten over a corse of 3 weeks.

On Sunday Jan 12, 2020 at 10:1am I showed and inform the the RN pass out med's in a unit. and I was told "it's flowing and Kept moving.

Doctor's act with deliberate indifference if they know of and disregard an inmate's serious medical need.

<u>Fact</u>

In general, Prison officials or medical staff act with "deliberate indifference" to the Plaintiff serious medical needs if they know of and disregard an excessive risk to the Plaintiff health.

<u>Hathaway v. Coughlin</u>. 37 Y.3d 63, 67 (2d Cir 1994)

<u>Denial or Delay of Access to treatment</u>

Such conduct may include interference with access to medical personnel or to a Hospital or failure, of medical personnel to deal with the Plaintiff's or to do so timely - Refusal of treatment - the Plaintiff had complan on many occassion over the pass 5 yrs the Plaintiff complies with a seriously unreasonable condition constitutes deliberate indifference - the delay in treatment cause the Plaintiff serious medical need and force urgency surgery - upon examination and test results

An unexplained delay - not hour's, not day's but years cause a serious and urgency of medical need

pg-15

up todate Complaint: Since leaving Medical infirmary.
I was placed on a daily treatment plan - which was at
that point ease to follow.

(1) I left the infirmary on Dec.1 or 2 of 2019. upon
leaving I was told if any thing went wrong to come
to Medical A.S.A.P. There order was followed.

(2) Since then and upon the changing of the first Catheter,
in 60 days I've only been to Medical 3 or 4 times
to my knowledment. I may be off 1 or 2 day give and
give and take.

3) Catheter was Replace on Jan. 2, 2020 and was told
I had an univial infection ( was place on meds)

4) On Jan 3, 2020 I was in alot of pain due to
hardness in Stom-ack. I was told by <u>RN Steve</u> that
the size of the Catheter was a sight Smaller from the
first one - I went from a size 24 to a size 23.

5) Plaintiff went without treatment for 5 days - wrote to
medical and informed of this - spoke to APRN Mulkey
from Jan 3 - 7 2020, Spoke to RN Jessia during Pill Line

6) Again after only one day - I went without treatment
from Jan. 9. — 15 - <u>RN Messisa</u> changed holding clap that
prevence the Catheter from coming out.

7) wrote Medical (grievance - as of Jan 26, 2020) no Response,
filed on Jan 8, 2020.

8) on Jan 25, 2020 - at 9:30 am during Pill Line, I spoke to <u>RN KC</u>.
about the need to replace catheter clamp. first she reapplied a Diney you
one - I then informed her the area has to be clean first. was never called.

pg 15-4

9) On three different occasion the Plaintiff was denied medical treatment by RN Jamie.

10) on Jan 9, 2020 - I informed RN Jamie as she came in J-unit to give out 9am med's - that my med's had ran out and I had wrote to Medical on this matter - For the reason I was told I had to take my med's everyday and not omiss one day - I can't take what I don't have.

11) On Jan 8, 2020 - the Plaintiff wrote to medical Doctor after I spoke to RN Jessia that I haven't had treatment in 6 day's - I was called at 9:30pm the same day was seen by RN Andew - I explain to him I was told by APRN Mrs Williams and RN Mille if I was Pain to ask for Tyenal - at that point I was Refuse. I explain that, that's the only med's I can take - in RN Andew answer words - your not getting any to leave in Pain - I address this to APRN Mallory about that - and the Tyenal in order for me 3-4 time's a day.

12) I informed medical that for some unknow reason both RN Andew and RN Jessia Refuse to call me up for my treatment on Suppies - everytime they are both on the same Stiff.

13) Again on Jan 25, 2020 - I informed RN K.C. that the Clomp needed to be changed - Refused! RN Andews was at Night med's - No treatment again, I have Covered this matter for the second time - since Jan 8, 2020. No reply...

pg-16-B

which a repair of bladder recon-construction had to be made to repair a hole that occure.

Plaintiff states refusal to refer to a specialist upon refusal and disregard to reported extreme pain could be found deliberately indifference for failing to refer Plaintiff for specialist or for further testing on prostate issues for 5 years despite intense abdominal pain at that point - denial of access to "Medical personnel capable of further evaluating the need for treatment" and performing surgery one is not qualified for.

To have also acknowledged that extreme cases of Bad Judgement by medical personnel can and have placed the Plaintiff in a very Bad life situation - A Catherer has been put in place in order to use the bathroom — failure to inquire further into and treat Plaintiff pain and repeated delay in Doctor's seeing the Plaintiff will support a finding of taking an "easier but less efficacious corse of treatment was "Gratuitous Cruelty".

When Plaintiff was seen and examined regularly by medical staff but "there was and is an ongoing pattern of ignoring and failing to timely respond to or effectively manage. Plaintiff chronic pain"...

## Relief Requested

"presumed damages"

A substitute for Compensatory damages in Cases where the Plaintiff injury is impossible to Measure.

Memphis Community School District v. Stachyra 477 U.S. 299. 310. 106. S. Ct. 2537 (1986) ("Presumed damages are designed to "roughly approximate the harm that the Plaintiff suffered and thereby compensate for harm that may be impossible to measure").

## Punitive Damages

Smith v. Wade. 461. U.S. 30; 49-51. 103 S. Ct (1983).

Punitive and or exemplary damages are intended to Punish the defendant's for there Conduct and deter them and other's from committing similar act's in the future.

The Plaintiff states that in his Claim involving Serious bodily harm and shockingly bad treatment, including Medical Neglect.

Berman v. U.S. 205 F. Supp. 2d 362, 375 (M.D. Pa 2003) ($178,294 under FTCA for failure to provide for Post-ileostomy care resulting in Need for more Surgery).

Where fore. Plaintiff requests that the Court grant the following relief:

P3 18

# Complaint

The following is a State Prisoner Complaint and there fore alleges that the defendants acted under the color of State Law.

This complaint is fairly complicated because the Plaintiff wanted to include Several different legal issues.

## Jurisdiction

this Court has Jurisdiction over the Plaintiff State law claim of deliberate Indifferent, against All parties Named in case..

## Parties

" the Plaintiff, <u>Kevin Lindsay</u>, is incarcerated at "Corrigans Correction Institution", during the events described in this Complaint.

1) Defendant [S] John Doe are employed at the University of Connecticut Health Center, they are sued in their individual capacities.

2) Defendant Physician: Omprakash Pillai is a Doctor at MacDougall CI is being sued in his individual capacities.

3) Defendant [S] John Doe are employed at Corrigan CI. and are staff at Corrigan-Radgowski CI are being sued in their individual capacities.

## Restraints

The "malicious and sadistic" use of restraints violates the Eighth Amendment to the Constitution;

Davidson v. Flynn 32 F.3d 27 (2d Cir 1994).

Restraints of all kinds, including handcuffs, leg irons, belly-chains, flex cuffs, Black Box, and soft restraints, are considered "USE of Force" by the D.O.C.

The D.O.C. provides that restraints may be used;

1) To prevent escape;

2) to prevent injury to others or self;

3) to prevent property damages;

4) to ensure compliance with a lawful order; or

5) during transportation of inmate within and outside D.O.C. Facilities.

"Hog-tieing" (securing a handcuffed person's ankles to the handcuffs) has been found unconstitutional in some circumstances.

Plaintiff was in a Medical Emergency situation, useful time was wasted so that his arrival to the hospital ER would not be delayed.

The Plaintiff had already spent over 18 hours in pain - from Nov. 24, 2019 at around Noon or a short time after was in arrest until Nov. 25, 2019 at 9:30 AM when the second shift officer notices the Plaintiff could no longer walk or speak because of the amount of disorder he had in door.

B. Award compensatory damages in the following amounts;

1. $200.000 Jointly and severally against defendant's Prison Medical Provider, Dr. Pillai, and Corrigan Medical Staff, and Doc's responsible for refusal to review medical result and review on and after the Plaintiff continued to seek medical help.

2. Both McDougall CI and Corrigan CI Medical Staff, Doctor's knew of the Plaintiff pain and in need adequate medical care - seeks $100.000 Jointly and severally against defendant's at that due to staff changes over the years - for the physical and emotional injuries sustained as a a result of the Plaintiff condision.

3. $10.000 Jointly and severally against Corrigan Staff for there part in delay in transporting the Plaintiff by Hog-tying and delaying AMR from treatment.

4. $100.000 Jointly and severally against Corrigan staff on first shift for not following pro-da-col and allowing the Plaintiff to go without medical help for 8 hours or more.

C. Alternate version of damage demand:

1. Defendant's Prison Medical Provider For placing medical personnal in the possion unable to provide adequate medical need and not to place the Plaintiff in a dangerest situation - and Then physical and emotional injuries.

D. Award punitive damages in the following amounts:

1.) $50.000 each against Medical Prison Provider or $50.000 each against Dr. Pillai and staff at McDougall / Walker C.I.

3). $20.000 From Corrigan First shift staff For Failure to check on Plaintiff as Routine Cell check as part of Pro-da-cal and trianing

4.) $50.000 each against Corrigan Supervisory For placing ant unprofessional officer on post - and leaving Plaintiff in very Crule painfull situation.

E.) Grant such other relief as it may appear that Plaintiff is entitled.

Dated Feb 6, 2020

Respectfully Submitted

Kevin Lindsay # 92883
Corrigan - Radgowski CI
986 Norwich - New London Pike
Uncasville, Connecticut
06382

<u>ORDER</u>

The foregoing motion having been heard
by the Court is hereby ordered:

GRANTED / DENIED

by the Court

Dated _____ 2020

_____
Judge / Clerk

Submitted By

_____
Kevin Lindsay #92863
Corrigan - Radgowski CI
986 Norwich - New London Tpke
Uncasville, Connecticut
06382

Date Feb 6, _____ 2020

Attach are Exhibit
<u>"A" and A-1</u>
1 - thru - 20

# EXHIBIT A

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

CLINICAL RECORD



| INMATE NUMBER | 92883 | DATE OF BIRTH | error |
|---|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Lindsay Kevin | | | |
| SEX M F | RACE/ETHNIC B W H O | FACILITY 137 | |

| DATE / TIME | |
|---|---|
| 12/22/14 | S - 'I need my prostate ✓'d'. 'I'm requesting a colonoscopy, not a digital - colonoscopy only'. O - CA O x 3. 131/89 - 89 - 20 - 98. Pt requesting a colonoscopy, age 54, Hx small bowel obstruction & surgery in 1998. Regular bowel movements, at times has to strain but always goes. Feels it is time for a colonoscopy D/T age & Hx. Also requesting renewal of 2 creams for Eczema. A/P - Chart to MD & requests. (EN Add Eczema on face back neck legs. (Ch— |
| 1/11/15 | Here for B/P check'. 123/81, 97 wt 254.6 Shawn ____ |

UNIVERSITY OF CONNECTICUT HEALTH CENTER | PATIENT NAME  LINDSAY, KEVIN
263 Farmington Ave. | MRN#: I00092883 ADM: I60251474
Farmington  CT 06030 | DOB: ▓▓▓▓▓▓▓  Age: 54  Sex: M
PHONE: 860-679-2498 FAX: 860-679-1401 | ATTENDING PHYSICIAN: PILLAI, OMPRAKASH
CT# HP-0213 CLIA# 07D0092519 | LOCATION: MACDOUGALL CI

### DAILY REPORT

Order# M8310362                    FINAL
Date&Time Ordered: 12/31/14 09:12
Req. physician: PILLAI, OMPRAKASH

### SPECIAL CHEMISTRY

| TEST-NAME | RESULT | FLAG | REFERENCE INTERVALS | UNITS |
|---|---|---|---|---|
| SPECIMEN C2C COLLECTED 12/31/14 09:12 RECEIVED 12/31/14 18:17 | | | | |

TUMOR MARKERS
  Prostate Specific Ag         *4.4          H          0.0-4.0                    ng/ml
    Result is obtained using the Abbott Architect Total PSA assay.
    The concentration of PSA in a given specimen determined with
    assays from different manufacturers can vary due to
    differences in assay methods and reagent specificity and
    should not be used interchangeably.

*-NEW RESULTS   L-LOW   H-HIGH   AB-ABNORMAL   C-CRITICAL   T-TOXIC   X-ABSURD   SSR-SEE SEPARATE REPORT
PHYSICIAN: PILLAI, OMPRAKASH                              Patient name: LINDSAY, KEVIN
LOCATION: MACDOUGALL CI                                   MRN: I00092883   Room: 137

29 of 41, 30 of 42        Report Print Date and Time: 01/01/2015 05:00      Page: 1 of 1

REV. 10/10
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

CLINICAL RECORD
Seasonal Flu Documentation

| INMATE NUMBER 92883 | | DATE OF BIRTH |
|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Lindsay, Kevin | | |
| SEX ☑M F | RACE/ETHNIC ☑B W H O | FACILITY MCWI |

| DATE / TIME | Inmate reviewed 2014 Inmate Education Handout: Influenza (Flu). |
|---|---|
| 1/12/15 6:35pm | Inmate denies upper respiratory infection, allergies to eggs, feathers, sulfides, any active neurologic disorder, sensitivity to themerosal, plymyxin B, or neomycin. Inmate denies recently received any other type of vaccine, has never had Guillian-Barres Syndrome. ☑ Seasonal Flu    ut4993AA    exp 5/15  Influenza vaccine 0.1ml given RD deltoid. Lot# _____.  Manufacturer Sanofi Pasteur. |
| 1/12/15 6:35pm | |
| 2/6/15 11AM | CDC Seen & Examined. All Chronic disease issues are relatively well controlled. No changes to medication @ this time. I'm is very concerned with chronic pain. I'm with h/o GSW & chronic L leg pain. I'm ambulates with a walker. I'm unable - unwilling - more comfortable standing - to sit on exam table. I'm also complaining of changes of habit with urination. reports difficulty starting stream. with slow flow. Denies urinary incontinence. - Possibly BPH, but possibly related to back pain. I'm reports fall from seated position 8/12 in medication waiting room, with chronic back pain since then. I'm believes it is "getting worse," not improving. Will provide tylenol for pain. xRay of lumbar spine ordered. MD Appt ordered. I'm may benefit from ortho consult and/or further L-spine imaging. Will not begin medication for urinary symptoms until back pain has been further investigated. I'm requests renewal of triamcinolone for eczema on back. Will continue to follow in CDC. ———— Kevin McGuinn PA |
| 2.27.15 | _____ |
| 3/11/15 | B/P 130/80  P 96  WT 252 lbs.  Patricia Zabicki |
| 03/19/15 | |



DEPARTMENT OF CORRECTIONS
263 Farmington Avenue
Farmington, CT 06030
(860) 679-2784

NAME: LINDSAY, KEVIN
Name Upon Exam Completion: LINDSAY, KEVIN
SEX: M       AGE: 54Y
LOCATION:    137
PT TYPE:
REFERRED BY: BARBARA LAFRANCE APRN
ATTENDING:   OMPRAKASH PILLAI MD
CHART

MED REC NO:      000I00092883
DATE OF BIRTH: ▮▮▮▮▮▮
DATE OF SVC:    08/05/2015
ACCESSION NO:   1666463
EXT ACCESSION NO:
BATCH PRINT - MR COPY - INPT

## DEPARTMENT OF CORRECTIONS REPORT

### ***Final Report***

DOC 0480 - ABDOMEN, FLAT PLATE (A#:1666463,08/05/2015)
INDICATIONS: URINARY FREQUENCY
COMMENTS:

RESULT:
EXAMINATION: Abdomen flat plate:

ABDOMEN, FLAT PLATE 8/5/2015 10:47 AM 54-year-old male Patient DOB: 9/10/1960

CLINICAL HISTORY: URINARY FREQUENCY

COMPARISON:

FINDINGS:

A supine abdominal radiograph demonstrates a nonspecific bowel gas pattern.

There are no abnormal soft tissue calcifications.

Surgical clips are seen in the right upper quadrant relate to a previous cholecystectomy.

The visualized visceral shadows appear normal.

The visualized osseous structures are without significant findings.

IMPRESSION:
No abnormality. Nonspecific bowel gas pattern.

TECHNOLOGIST: NSH

Interpreting Physician:    DOUGLAS W GIBSON MD   on 08/05/2015 10:55
Reviewed By:
Transcribed by / Date: PSC on 08/05/2015 13:23
Electronically Signed by / Date: DOUGLAS W GIBSON MD on 08/05/2015 13:23
Distribution:  OMPRAKASH PILLAI MD

337



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: | Kevin Lindsay | | Inmate number: | 92583 |
|---|---|---|---|---|

| Facility/Unit: **CORRIGAN CI** | Housing Unit: **F POD** | Date: 2·5·19 |
|---|---|---|

Submitted to: Medical Doctor Follow-up

Request: I Sign up for A O 12-22-14 and Again in 2017 and I have yet been Seen. I'm 55 year old And I would like to have A Colonoscopy Done, All my blood work need to be up dated

*[signature]*

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

Your name has been placed on the sick call list.

*continue on back if necessary*

| Staff signature: *Beth Mann RN* | Date: 3/6/19 |
|---|---|

Medical

Doctor Follow-up



**Inmate Request Form**

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

MAY 28 2019

| | |
|---|---|
| Inmate name: Kevin Lindsay | Inmate number: 92883 |
| Facility/Unit: **CORRIGAN CI** | Housing unit: **F POD** 12Y Date: 5-27-19 |

Submitted to: Medical Doctor - Follow up

Request: I've Been told I'm down to see the Doctor I was seen by Sick call 2 weeks ago and I explen to the Nurse that - I'm taking a lot of pill for pain Tyenol 3 to 4 time a day for my pain - Now I'm having these pain in my Stomach and it clamp me so bad I can move. I have to hold my Stomic until the pain eases up witch takes about 1-2 minute. this Been happening for Awhile and Nothing is being done.

thank you

———
continue on back if necessary
———

Previous action taken:

———
continue on back if necessary
———

Acted on by (print name): Nurse Kayla          Title: RN

Action taken and/or response:

You have been on list to see provider since March.

———
continue on back if necessary
———

Staff signature: Kayla          Date: 5/29/19.

Medical
Doctor - Follow
up



CN 9601
REV 1/31/09

**Connecticut Department of Correction**

Inmate name: Kevin Lindsay

Inmate number: 92883

Facility/Unit: **CORRIGAN CI**

Housing unit: **F POD** 122

Date: 6-26-19

Submitted to: Medical Doctor Follow-up

Request: I was Seen By the Doctor on or Before May 14, 2019 I ask to be taken off the Tylenol because of the pain I was having in my Stomic - my Back is given me a lot of pain - Now when I sit I have a very hard time Striaghting up - when I cough or Sneeze the pain hurts cell throw my Back mainly my Ribs on the left Side; I was told She was Schedule me to see the Ortho.pedics - I'm also having problem u-rine it feels like I'm dicharging and it hurts as it passes.

Thank you

---

*continue on back if necessary*

Previous action taken:

---

*continue on back if necessary*

Acted on by (print name): Nurse Kayla

Title: RN

Action taken and/or response:

YOUR NAME HAS BEEN ADDED TO THE NURSE SICK CALL LIST.

---

*continue on back if necessary*

Staff signature: Kayla

Date: 6/27/19

Medical Doctor - Follow-up

Back pain in Lower
Back

**Corrigan Building**

Notification of Test Results

*August 19, 2019*

Page 1

**KEVIN LINDSAY   INMATE ID #: 00092883   58 Years Old**
**DOB:** 09/10/1960 **Race:** Black or African American   **Gender:** Male
**LOC:** 140 F 118   **Med Score:** 3 **Sub Score:** KL...   **MH Score:** 1 **Sub Score:** ....

**08/19/2019 - Notification of Test Results: Notification of Test Results - labwork**
**Provider:** Loreen Williams APRN
**Location of Care:** Corrigan Building

**Encounter Context**
**Facility at time of evaluation:** Corrigan Building
**Age at Time:** 58 Years Old

Recently you had a health care encounter.  The following medical test(s) was (were) completed and reviewed by a prescriber:
Blood work

**Follow-up**
A follow-up appointment will be scheduled
Mr. Lindsay,

I have reviewed your labwork. Your cholesterol is borderline high and your blood sugar shows you are just beginnng to tip into the "pre diabetes" category. This means you should watch your dietary intake of high-sugar foods. I know exercise is hard due to your chronic pain - so be mindful of what you eat and watch your weight gain. No medication is necessary at this time. We will just montior for now.

Kidney, liver, thyroid - all look good.
Your prostate antigen is high. This could be the reason why you are having issues with urination. I have placed a request for you to see a urologist to determine if a prostate biopsy in indicated or not. Better to be safe than sorry. Please take the new medication, tamsulosin, as ordered to help with your urination.

If you have any questions, please see me in Medical.

Loreen, APRN

**Electronically signed by Loreen Williams APRN on 08/19/2019 at 1:17 PM**

P.S. - Your X-ray shows constipation.
I ordered you meds to take as
directed to help with this.

Loreen

**Corrigan Building**
Notification of Test Results

*October 30, 2019*
*Page 1*

**KEVIN LINDSAY   INMATE ID #: 00092883   59 Years Old**
**DOB:  09/10/1960 Race: Black or African American   Gender: Male**
**LOC: 140 F 118   Med Score: 3 Sub Score: KL...   MH Score: 1 Sub Scor...: ....**

**10/30/2019 - Notification of Test Results: Notification of Test Results**
**Provider: Loreen Williams APRN**
**Location of Care: Corrigan Building**

## Encounter Context
**Facility at time of evaluation:** Corrigan Building
**Age at Time:** 59 Years Old

Recently you had a health care encounter.  The following medical test(s) was (were) completed and reviewed by a prescriber:
Other
**specify:**  recent visit with urology

## Tests
Additional laboratory testing has been ordered
repeat prostate test

## Follow-up
Mr. Lindsay,

Just wanted to request that you keep a urination journal as per the request of the urologist in case you were not informed of this need.

Please keep a record of WHAT TIME you void and HOW MUCH.  You will be provided a urinal (if you have not been given this already) so that you can measure the volume prior to disposal.

i have ordered a repeat prostate antigen test.  If this result is still elevated, I will proceed with placed a URC request for the prostate biopsy as recommneded.  I will keep you infomred.

Loreen, APRN

**Electronically signed by Loreen Williams APRN on 10/30/2019 at 3:33 PM**

Call R.N. Julie at medical for urinal I was told to have officer call on monday at NOON.

Please return to Inmate

Lindsay F-118



# Medical Incident Report
## Connecticut Department of Correction

CN 6606
REV 10/01/18

| Facility/Unit: Corrigan | Report Date: 11/25/19 | Time: 10:18 ☒ am ☐ pm |
|---|---|---|

Name of patient;  Lindsay, Kevin          Inmate Number (if applicable): 92883

Medical staff name:  Beth Shaw RN

| Incident report submitted: ☐ yes ☐ no | Report Number: | Date: |
|---|---|---|

Treatment location: Medical room 2

**Injury description:**
Inmate escorted from F pod in a wheelchair after complaining of pain and an inability to walk.

**Assessment:**
Inmate assessed in medical.  VS p. 117, BP 145/98, pulse ox 99%, temp. 98.3.  IM reports he's been unable to urinate since 11/24/19 in the afternoon, bladder extremely distended.

**Treatment administered:**
Medical staff attempted to straight cath Inmate Lindsay, however it was not possible, at which time Dr. Feder MD determined the inmate would need to be transferred via ambulance to the local hospital.

**Required follow-up:**

**Observations/remarks:**
None

**Chemical agent review prior to planned use of force:**
The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding or precluding the use of chemical agents (i.e. history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents).

Known contraindications based on review of health record?   ☐ yes  ☒ no

Placement after treatment:
☐ Inmate is cleared for General Population Placement          ☐ Inmate is cleared for Restrictive Housing Placement
☐ Inmate is **NOT** cleared for Restrictive Housing Placement     ☐ Other (specify):

| Patient signature: | Date: |
|---|---|
| Medical staff signature: *Beth Shaw CRN* | Date:  11/25/19 |
| Custody supervisor signature: | Date: |

**Corrigan Building**                                              *January  8, 2020*
General Note                                                                Page 1

**KEVIN LINDSAY   INMATE ID #: 00092883   59 Years Old**
**DOB:  09/10/1960 Race: Black or African American   Gender: Male**
**LOC: 140 F 118   Med Score: 5 Sub Score: KL...   MH Score: 1 Sub Score: ....**

**11/25/2019 - General Note: Medical Prescriber : Urgent visit - unable to urinate**
**Provider: Ingrid Feder MD**
**Location of Care: Corrigan Building**

**Encounter Context**
**Facility at time of evaluation:** Corrigan Building
**Age at Time:** 59 Years Old

**General Note**
**General Note Type:** Medical Prescriber
**Subject:** Urgent visit - unable to urinate
**Note:** Patient is awaiting prostate biopsy this week for suspicion of prostate cancer at UConn. Developed difficulty urinating over the weekend. Now, unable to void at all. Attempt at inserting foley unsuccessful, resulting in only blood clots, due to massively enlarged prostate.

Patient is in severe distress, diaphoretic, unable to ambulate.
P 117 BP 145/98 T98.3 O2sat 99%
HEENT: EOMI
CVS: Tachycardic
Lungs: Clear
Abd: Bladder distension plapable

Send out to ER via ambulance for urgent intervention.
Will speak to ER physician to explain medical issues.

**Electronically signed by Ingrid Feder MD on 11/25/2019 at 9:33 AM**

**Corrigan Building**
General Note

*January 8, 2020*
Page 1

**KEVIN LINDSAY   INMATE ID #: 00092883   59 Years Old**
**DOB:  09/10/1960 Race: Black or African American   Gender: Male**
**LOC: 140 F 118   Med Score: 5 Sub Score: KL...   MH Score: 1 Sub Score: ....**

**11/25/2019 - General Note: Medical Prescriber : Backus/Urology Update**
**Provider: Ingrid Feder MD**
**Location of Care: Corrigan Building**

**Encounter Context**
**Facility at time of evaluation:** Corrigan Building
**Age at Time:** 59 Years Old

**General Note**
**General Note Type:** Medical Prescriber
**Subject:** Backus/Urology Update
**Note:** IM was urgently sent to Backus ER for urinary obstruction.

He was scheduled for prostate bx at UConn tomorrow but suddenly developed the above problem over
the weekend.
I spoke to the ER physician at Backus who called Urology to see the patient in the ER.
He was subsequently taken to the OR where Dr. Stahl, Urology, performed a cystoscopy with clot
evacuation and fulguration of bleeding.
No tumors were seen in the bladder.
A foley catheter was placed which required significant effort.
The prostate was found to be very large and estimated to be more than 100 g.

IM will be kept over night at Backus with continous bladder irrigation.
The foley catheter needs to remain in situ until the IM is seen by UConn Urology on follow up.

Dr. Stahl did not feel that obtaining a prostate biopsy at this time and under these circumstances was
prudent and deferred this to UConn.
The prostate biopsy appointment for tomorrow will be cancelled and central office has been informed that
the IM is hospitalized at Backus and will not be at the UConn Urology appointment.

The contact person at UConn Urology is Natasha James at (860) 889-8331 Ext 7401.

**Electronically signed by Ingrid Feder MD on 11/25/2019 at 2:58 PM**

**Corrigan Building**
W10

**KEVIN LINDSAY   INMATE ID #: 00092883  59 Years Old**
**DOB:  09/10/1960 Race: Black or African American   Gender: Male**
**LOC: 140 F 118   Med Score: 5 Sub Score: KL...  MH Score: 1 Sub Score: ....**

**11/25/2019 - W10: W10**
**Provider: Beth A. Shaw RN**
**Location of Care: Corrigan Building**

## Encounter Context
**Facility at time of evaluation: Corrigan Building**
**Age at Time: 59 Years Old**

## Document Type
Emergency Room Evaluation

### Interagency Patient Referral Report

### Identifying Data
**Patient's Name:** KEVIN LINDSAY
**Sex:** Male
**DOB:** 09/10/1960
**Patient's Home Address:** CORR/RAD CC
**Religion:** JEWISH
**Responsible Person or Agency:** Dr. Feder
**Tel #:** 860-8485850
**Medical Record No.:** 00092883
**Emergency Contact:** DORESSA ALLISON
**Relationship:** OTHER
**Telephone:** 2033731019

### Patient Care Information

**Pertinent History (includes dates of diagnosis and problems AND Plan of Care (include Treatment, diet, activity permitted)**
**Previous Height:** 69 (12/15/2018 1:56:42 PM)   **Previous Weight:** 258 (05/18/2019 2:30:18 PM)
**BMI:** 38.24
  **Sitting BP:** 148 / 98
**Temperature:** 98.3
**Pulse rate:** 113   **Pulse rhythm:** Regular

**Allergies:** ELAVIL (Critical)   Reaction: hives
* GABAPENTIN (Critical)   Reaction: jaw locked up
NSAIDS (Moderate)   Reaction: unknown
IODINE (Moderate)   Reaction: unknown

**Active Medications:** CIPROFLOXACIN 500MG TAB (500.00) (CIPROFLOXACIN HCL) 2 tabs daily
OXYCODONE 5MG TAB (100.00) (OXYCODONE HCL) Take one (1) tablet by mouth three times a day
DULCOLAX 5 MG ORAL TABLET DELAYED RELEASE (BISACODYL) Take 1 tablet by mouth daily
CYCLOBENZAPRINE 10MG TAB (500.00) (CYCLOBENZAPRINE HCL) Take 1 tablet by mouth twice daily
SENNOSIDES/DOCUSATE SODIUM 8.6-50MG TAB (100.00) (SENNOSIDES-DOCUSATE SODIUM) Take 2 tablets by mouth every night at bedtime for constipation.
MIRALAX ORAL PACKET (POLYETHYLENE GLYCOL 3350) Mix 1 packet with 8 ounces of liquid and drink twice a day for treatment of constipation. KOP

**Corrigan Building**
W10

**KEVIN LINDSAY   INMATE ID #: 00092883   59 Years Old**
**DOB:  09/10/1960 Race: Black or African American   Gender: Male**
**LOC: 140 F 118   Med Score: 5 Sub Score: KL...   MH Score: 1 Sub Score: ....**

TAMSULOSIN 0.4MG CAP (1000.00) (TAMSULOSIN HCL) Take 1 tablet by mouth every bedtime.
TRIAMCINOLONE 0.1% CRE (80.00) (TRIAMCINOLONE ACETONIDE) apply sparingly bid
VENTOLIN HFA  AER (18.00) (ALBUTEROL SULFATE) 2 puffs q4 prn wheeze
ATORVASTATIN 20MG TAB (1000.00) (KOP) (ATORVASTATIN CALCIUM) 1 tab po qhs
ENALAPRIL 10MG TAB (1000.00) (KOP) (ENALAPRIL MALEATE) 1 tab po qd
AMLODIPINE 10MG TAB (1000.00) (KOP) (AMLODIPINE BESYLATE) 1 tab po qd
ENULOSE 10 GM/15ML ORAL SOLN (LACTULOSE ENCEPHALOPATHY) TAKE 30 MILLILITER(S) BY
MOUTH ONCE DAILY

**Active Orders:**  Bottom Bunk [BottomBunk]
Dental - Exam - Problem Focused [DEPF]
Influenza Vaccine [G0008]
Assistive Device - Eye Glasses [ADEG]
TB/TST Annual [TSTANNUAL]
Authorized Cell Item - Other [AUTHOTHER]
Treatment - Other [TxOTHER]
Tx to hospital via Ambulance [AMBULANCE]

**Active Problems:** Constipation (ICD-564.00) (ICD10-K59.00)
BPH with lower urinary tract symptoms (ICD-600.01) (ICD10-N40.1)
Asthma (ICD-493.90) (ICD10-J45.909)
HTN (ICD-401.9) (ICD10-I10)
High cholesterol (ICD-272.0) (ICD10-E78.70)
Psoriasis (ICD-696.1) (ICD10-L40.9)
Spinal stenosis of lumbar region (ICD-724.02) (ICD10-M48.061)

**Pertinent History & Plan of Care**
IM unable to urinate since 11/24 in the afternoon.   IM scheduled for prostate biopsy this week.  Staff
attempted to catheterize IM, unable to because of prostate

**Orders**
**Mode of Transportation:**  Emergency Room Trip via Ambulance
  **Diagnosis Explained To:**  Patient
  **Prognosis Explained To:**  Patient

**ADA / Adaptive Equipment**

**ADA**

**Impairments of:**

*Medical Staff Signature:*  _____        _____
                              Signature                          Date

**Electronically signed by Beth A. Shaw RN on 11/25/2019 at 9:37 AM**

**Corrigan Building**
W10

**KEVIN LINDSAY   INMATE ID #: 00092883   59 Years Old**
**DOB: 09/10/1960 Race: Black or African American   Gender: Male**
**LOC: 140 F 118   Med Score: 5 Sub Score: KL...   MH Score: 1 Sub Score: ....**

NOV-01-2019 11:16   From:8606791064                                                      Page:1/3

# UCONN
## HEALTH

Urology
Outpatient Pavillion 3E
263 Farmington Avenue
Farmington, CT 06030-3229
Office: 860.679.4100, Fax  860 679 1064

11/1/19  IM agrees to biosy
URC referral made for same.

# Confidential Fax

☐ **Urgent**     ☐ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**

| | |
|---|---|
| Date: | Time: | Number of Pages (including cover): |
| To: Med Surg 5 | From: Urology    #92883 |
| Phone: | Phone:   860-679-4100 |
| Fax:    X 1044 | Fax:     860-679-1064 |

Comments: Please contact patient c̄ results.
Thanks.                    860 848 5802
Lindsay, Kevin    9/10/60

Health care information is personal and sensitive information. It is being faxed to you after we have secured the
appropriate authorization from the patient or under circumstances that do not require patient authorization The
recipient of this information is obligated to protect this information by maintaining it in a safe, secure and
confidential manner  Redisclosure of this information without the expressed consent of the patient or as permitted
by law is prohibited  Unauthorized redisclosure or failure to maintain confidentiality may subject you to penalties
described in Federal and State law

**IMPORTANT WARNING: This information is intended for the use of the person or entity to which it is
addressed and contains information that is privileged and confidential, the disclosure of which is
governed by applicable law. If the reader of this FAX is not the intended recipient, or the employee or
agent responsible for the delivery of this information to the intended recipient, you are hereby notified
that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have
received this FAX in error, please contact the UConn Health Privacy Office at 860.679.4180 and the sender
immediately.**

Lindsay, Kevin (MRN T01541421) DOB: 09/10/1960

## (!) PSA total with free PSA                                    Order: 9361293

Status: Final result   Visible to patient: No (Not Released) Dx: Elevated PSA

Notes recorded by Albertsen, Peter C, MD on 11/1/2019 at 8:49 AM EDT
His psa is now 9.7 with a percent free of 18%.  The value of 9.7 is higher than 2 months ago and
significantly elevated for someone age 59.  I recommend a transperineal prostate biopsy.  Please call
and ask if he wants to proceed.  If he does have Kelly schedule.

|  | Ref Range & Units | 3d ago |
|---|---|---|
| PSA, Total (ARUP) | 0.0 - 4.0 ng/mL | 9.7 ^ |

Comment: INTERPRETIVE INFORMATION: Prostate Specific Antigen

The Roche PSA electrochemiluminescent immunoassay was used.
Results obtained with different test methods or kits cannot be
used interchangeably. The Roche PSA method is approved for use as
an aid in the detection of prostate cancer when used in
conjunction with a digital rectal exam in men age 50 and older.
The Roche PSA method is also indicated for the serial measurement
of PSA to aid in the prognosis and management of prostate cancer
patients. Elevated PSA concentrations can only suggest the
presence of prostate cancer until biopsy is performed. PSA
concentrations can also be elevated in benign prostatic
hyperplasia or inflammatory conditions of the prostate. PSA is
generally not elevated in healthy men or men with non-prostatic
carcinoma.

| PSA, Free | ng/mL | 1.7 |
|---|---|---|
| PSA , % Free (ARUP) | % | 18 |

Comment: INTERPRETIVE INFORMATION: Prostate Specific Antigen, Free
Percentage

ARUP uses the Roche Free PSA electrochemiluminescent immunoassay
method in conjunction with the Roche PSA electrochemiluminescent
immunoassay method to determine the free PSA percentage. Values
obtained with different assay methods should not be used
interchangeably. The free PSA percentage is an aid in
distinguishing prostate cancer from benign prostatic conditions in
men age 50 and older with a total PSA between 3 and 10 ng/mL and
negative digital rectal examination findings. Prostatic biopsy is
required for the diagnosis of cancer.

In patients with total PSA concentrations of 4-10 ng/mL, the
probability of finding prostate cancer on needle biopsy by age in
years is:

| %fPSA | 50-59 | 60-69 | 70 or older |
|---|---|---|---|
| 0  - 10% | 49% | 58% | 65% |
| 11 - 18% | 27% | 34% | 41% |
| 19 - 25% | 18% | 24% | 30% |
| Greater than 25% | 9% | 12% | 16% |

Lindsay, Kevin (MRN T01541421) DOB: 09/10/1960

Other factors may help determine the actual risk of prostate
cancer in individual patients.
Performed by ARUP Laboratories,
500 Chipeta Way, SLC,UT 84108 800-522-2787
www.aruplab.com, Julio Delgado, MD, Lab. Director

Resulting Agency                          ARUP

Specimen Collected· 10/29/19      Last Resulted: 11/01/19 03:57
15:43

## Reviewed By List

Molina, Angelica, MA on 11/1/2019 09:53
Albertsen, Peter C, MD on 11/1/2019 08:49

## HOW TO pull results into your note

PSA TOTAL WITH FREE PSA (Order #9361293) on 10/29/19



Inmate Request Form

CN 9601
REV 1/31/09

Connecticut Department of Correction

| Inmate name: Kevin Lindsey | Inmate number: 92883 |

| Facility/Unit: Corrigan | Housing unit: Fox 118 | Date: 1-7-2020 |

Submitted to: Medical Doctor - Follow up

Request: I need to be seen. For some unknown reason my med's are not right - For 6 days I was taken off the med's and was given it once since, I was called up to medical today at 9:30pm for treatment - I was told by staff that I could take Tyenal if need - I explain this to staff and was refuse - and it was. what I was told to do the patch that hold the catheter in place needed to be changed was told if I not hanging off then it okay - I pee on my self 9-10 times a day. And it run's down the catheter and my leg - I don't need no infection →

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): Mallory    Title: RMN

Action taken and/or response:

already addressed n previous request form

continue on back if necessary

Staff signature: [signature]    Date: 1/9/2020

Medical
Doctor - Follow-up



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

JAN 0 8 2020

CN 9602
REV 9/20/17

| Facility/Unit: Corrigan | Date: 1-8-2020 |
|---|---|
| Inmate name: Kevin Lindsay | Inmate number: 92883 |

## SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**I am filing a Grievance:**

A. ☐
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**I am requesting a Health Services Review:**

B. ☐
| ☒ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

C. ☐
| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

## SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | Report date: |
|---|---|---|
| Facility where hearing was conducted: | | Date of hearing: |
| Did you have an advisor? ☐ yes ☐ no | If yes, name of advisor: | |
| Did you identify witness (es) to the investigator? ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |
| Name(s) of any witness(es): | | |

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: Kevin Lindsay

Inmate number: 92863

Housing: 7    118

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I'm being denied medical care. From Jan 3 — #6 I when without supply's for cleaning of catherer. On Jan 7, 2020 I was call to medical for treatment - upon my visit I informed the RN that I spoke to 3 other RN and on Tuesday at 8pm med's I gave the RN the list of on person med's and the paper given to me by the Doctor - and was told "Do Not miss A Day" go to pill line in the Unit every day - I have and the med's was not given to me; I continue to inform staff and nothing happens. On 1-8-2020 RN Julie gave me all the med's - told me all are on the computer - for some reason A few feel's because of my situation and when I come to med's - it because I wont what I'm suppost to have, that's all I ask - for some reason - my pain's med's was for my back - way before the catherer - now that I have the catherer medical forgot about my back - I ask for Tylenol and was taken refuse - but the Doctor - or RN on duly at night told me - I follow what I two tyenal will help because Tyenal in th rm my med's - I refuse to argu with staff - Not Necessery Am being told no more no less -

Inmate signature: [signature]

Date: 1-8-2020

## For all remedies except health services, deposit this form in the Administrative Remedies box
## For a health services issue, deposit this form in the Health Services box

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 1/9/2020

IGP #: 25046

T#:

Disposition:

Date of Disposition:

Reason:

NO Reply

Return to me ON 1-29-2020

☐ You have exhausted DOC's Administrative Remedies.

☐ This matter may be appealed to:

Signature:

Date:



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: | Lindsay, Kevin | Inmate number: | 92883 |
|---|---|---|---|

| Facility/Unit: Corrigan | Housing unit: F 118 | Date: 1/9/2020 |
|---|---|---|

Return log number: 25046

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☑ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☑ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☑ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

```
Return Without Disposition-
-You mention more than one issue; catheters and pain meds. One issue allowed per HSR per
AD 8.9.
-The issue regarding the pain medication is not clear. You did not state the resolution
you seek
-You did not attach any evidence of an attempt at informal resolution.

Please see highlighted directions on this form.
```

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator: Janine Brennan RN | Date: 1/9/2020 |
|---|---|

Inmate Request Form

CN 9601
REV 1/31/09

Connecticut Department of Correction

| Inmate name: Kevin Lindsay | | Inmate number: 92883 |
|---|---|---|
| Facility/Unit: Corrigan | Housing unit: 7 118 | Date: 1-13-2020 |

Submitted to: Medical Doctor Follow-up

Request: Since Wed. Jan 8, 2020 was the last time I was seen - this is the second time I've went 4 day with out supply's in order to keep my Cathere clean - no one checked the cathere since LN Messisa change the patch to hold in place - I pass Blood all week-end I informed the LN at pill Line and officer Conrad and Officer Edge about being seen at Medical - I was told to drink more water only - I also told the pill Line RN I was having chills and every thing I ate felt like I had to throw-up. Still Nothing

continue on back if necessary

Previous action taken:

continue on back if necessary

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

Per our conversation on 1/15/20, I will have the MD look over your medications to see if one of them is causing the heartburn-like symptoms. Your vital signs were stable tonight. Please let us know if anything changes. If you have another episode of chills hold your Tylenol & have the officer call medical so you can be evaluated.

continue on back if necessary

| Staff signature: (Melissa RN) | Date: 1/15/20 |
|---|---|

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Kevin Lindsey

Inmate number: 92883

Facility/Unit: Corrigan

Housing unit: F-11B

Date: 10-27-2019

Submitted to: medical sick call Attenchy RN Julie

Request: Good Day! just A reminder, I spoke to you on 3 occassion about my medical appointment. understanding you may have been busy. please call me down so that my appointment does not get cancel

thank yu

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name): Julie

Title: PRT Nurse

Action taken and/or response: Paperwork signed for Medical trip Urology appt coming up this month (Nov). GI & exthasine are still pending meaning not scheduled yet. Will let you know when they are

thanks
Julie

**continue on back if necessary**

Staff signature:

Date:

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Kevin Lindsy

Inmate number: 92813

Facility/Unit: Corrigan

Housing unit: F 11P

Date: 12-6-19

Submitted to: Medical Doctor RPM Mrs Williams

Request: After the first day - I was good - now 24 hours later I really in a lot of pain - the tube hards all day long - The walks I took twice on Thurby to medical was very hard on my leg Back and I think that's one of the reason I started passing Blood thue my urine - my intake on water is double now from 6 to 8 intake a day and more if take take it - I checked my urine again Friday morning and the Blood had stop - by I'm haveing no feeling in my leg's it feet hard to walk - I was told my mid's for pain is as needed - the 5 mg are no longer working - between my Back and this tube now my leg's - I'm haveing →

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

Your name has been
added to the RN
sick call list.

continue on back if necessary

Staff signature:

12/7/19

# Inmate Request Form
Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Kevin Lindsay | Inmate number: 92883 |
| Facility/Unit: Corrigan | Housing unit: F-118 | Date: 1-18-2020 |

Submitted to: Medical Doctor Follow-up

Request: I'm starting to see puss coming out of me - I told the RN on Friday and I also told Kara when I was call up - I explain that when unne comes out it Burns I have to hold it back so it gose threw the tube - I don't know why it starting again - it was clean up - I hope it not anthu infection - and on my Left Foot when I take of the sunport socks I see Blisscens on the top of my Foot and puss leaks out of that too.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): | Title:

Action taken and/or response:

**Your name has been added to the RN sick call list.**

*continue on back if necessary*

Staff signature: | Date: 1/20/20

# EXHIBIT A




# STATE OF CONNECTICUT
# DEPARTMENT OF CORRECTION

## OPERATIONS

Ned Lamont
Governor

Rollin Cook
Commissioner

## MEMORANDUM

**TO:**      I/M Lindsay, Kevin, 92882 / F-118

**FROM:**    Deputy Warden Nunez

**DATE:**    January 15, 2020

**SUBJECT:**  **Video Preservation**

---

Your request to preserve VERINT video footage has been completed.  The following was downloaded and secured into evidence:

**CRCC VP-19-1397**
11/25/19      handheld video footage from Code White

"In accordance with Connecticut General Statutes 1-210(b)(18), any access to the aforementioned videodiscs will require a subpoena based on risks to safety and security and the sensitive nature of their contents".

Thank you.

CN/res

C:      Warden Corcella
        FOI Litigation Liaison
        Video Preservation Activity binder
        Inmate Request file



**S T A T E O F  C O N N E C T I C U T**
# Connecticut Department of Correction
**CORRIGAN-RADGOWSKI CORRECTIONAL CENTER**
**986 NORWICH NEW LONDON TURNPIKE, UNCASVILLE, CT. 06382**

January 24, 2020
Lindsay, Kevin #92883
**Re: Freedom of Information Request**

Mr. Lindsay,

This will acknowledge your request pursuant to the Freedom of Information Act in regards to:

- Special request form payment adjustment
- Only top 16 pages of incident report

### Your request is received and the adjustments are approved.

Per CT General Statutes 1-210
Employee's first names and initials
Security information
SRG information
Medical Incident Reports unless inmate is the requester
Names of employees and proof of staff injuries will not be included
Any photographs that do not depict the requester
Inmate's first names and numbers that do not pertain to the requester

A.D. 3.10 Fees
<u>Inmates</u>. An inmate shall be charged twenty-five cents for each page copied. The fee shall be waived if an inmate is indigent. For copies of records pursuant to the Freedom of Information Act, an inmate shall be considered indigent if the monetary balance in his or her inmate trust account, or any other known account, has not equaled or exceeded five dollars ($5.00) at any time (1) during the ninety (90) days preceding the receipt by the Department of the request for records and (2) during the days preceding the date on which the request for records is filled.



Officer Spotten
Officer Wright
FOI Liaisons
Corrigan-Radgowski CC



**S T A T E O F  C O N N E C T I C U T**
## Connecticut Department of Correction
**CORRIGAN-RADGOWSKI CORRECTIONAL CENTER**
**986 NORWICH NEW LONDON TURNPIKE, UNCASVILLE, CT. 06382**



December 27, 2019
Lindsay, Kevin #92883
**Re: Video Preservation**

Mr. Lindsay,

This will acknowledge your request for Video Preservation for the following dates, times, and locations:
- **Hand- held Video Preservation of your medical emergency on November 25, 2019**

Officer Spotten
Officer Wright
FOI Liaisons
Corrigan Radgowski CC.



Ct.gov   State of Connecticut

<u>ORDER</u>

The foregoing motion having been heard by the court is hereby ordered:

GRANTED / DENIED

By the Court

Date _____                    _____
                                          Judge / Clerk

PP21

Inmate Request Form

Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Kevin Lindsay | | Inmate number: 92883 |
|---|---|---|
| Facility/Unit: Corrigon | Housir: 7 - 118 | Date: 1-8-2020 |
| Submitted to: Medical Doctor - Follow-up | | I spoke to RN Jessia |

Request: med's on hand

1) Enalapril - one Tablet daily (morning)

            Evening                    Recieved on 1-7-2020
1) Senna - 2 at Bed time          4) Florajen Acidophilus
2) Tumsulosin - 1 at Bed time          Twice daily
3) Atorvastatin - 1 at Bed time
4) Peg 3350 - twice a day
5) Lactulose - 3 time daily as Needed
Since the return from hospital - my med's has been off - I spoke to most →

*continue on back if necessary*

Previous action taken:

Refused me
← Treatment
for over 6 Day

*continue on back if necessary*

| Acted on by (print name): Mallory | Title: APRN |
|---|---|

Action taken and/or response:

Called pt to med sick call
address all concerns. please see note
in computer

*continue on back if necessary*

| Staff signature: | Date: 1/9/2020 |
|---|---|

All RN at p.ll Line, I have also address the problem about this - once again the meds I support to have are not given to me - I'm being told - it Not in the computer, yet when suntain RN care - I get the meds that mean - I just not getting them, even when there here.

For some reason - and since my mishap - my medical needs are not being met - I was place one pain meds because of my Back - now with this cathere - my Back is Not of concern - on Thursdy 1-2-2020 - I was called to medical - I was in alot of pain - not only from the cathere, but because my Back. I have to lay one way and that on my Back - and on that day - I was bent over in pain - I was sent out to Backus Hospital to be examine and for cathere chance - before I was Thansfered - I was given my pain meds and after the replacemet of the cathere - I was also given a shot for pain - of corse I was feeling Better - I was told by staff in medical that if I still had discomfourth to take (2) Tyenal to Boost the pain meds I was Recieving - on 1-7-2020 I was Refuse Tyenal By the RN I was seen By - for now on - I only want what I am support to have - I only ask for the thing I suppose to get get and that not the case - I went with out being seen for 5 day's - No chancing supply's for the cathere at all - I was not call until Tuesdy - and I did inform the RN about this - From this point - I will No longer pretem to do some one Job - I have always carried my self in a Respectfully way - I refuse to argu or debat with staff - and I will no longer feel bad about my situation - I have apologize for my condisions - and thank all for the help they give me - but right is right and wrong is wrong I having spoke or said anything - But everytim I'm call to medical By the Doctor or RN - their some one that call's and states - is that Lindsay - what does he want NOW ! and I will address that matter SOON.

Start Date 11-4-2019    pg-4

| Monday | Tuesday | Wedsday | Thursday | Friday | Saterday | Sunday |
|---|---|---|---|---|---|---|
| Start Day No 4 | | | | | | |
| morning | morning food | morning food | morning food | morning food | morning food | morning food |
| took pill 4 | pill At 8am | pill 4 8am | pill 4 8am | pill At 8 | pill 4 8 | pill 4 8am |
| 1230pm | 2:15 Am 220 cc | 3:20 Am 220 | 12:05 Am 20 | 2:30 Am 200cc | 12:5 Am 125cc | 3:20 am 150 |
| Recover Urinal | 4:15 Am 220cc | 6:30 Am 165 | 3:30 200cc | 4:43 Am 220cc | 2:35 Am 200 cc | 3:35 150cc |
| 3pm 100 cc | 7:45 Am 180 cc | 7:45 Am 225 cc | 5:Am 220 | 3 Am Bowel mvt 100cc | 5:05 200 cc | 5:45 125 |
| 5pm 200 cc | 8:45 Am 180cc | 8:15 Am 165cc | 5:45 175 cc | 11:55 Am 150 | 5:35 Am 150 | 7:40 200 |
| 1pm 100 cc | 9:15 Am 4½ oz | 9:20 Am 165 cc | 8:05 175 cc | 1:30 pm 105cc | 7:20 Am 200 cc | Bowel Movement |
| 7pm-Less than 100cc | 11:25 Am 4¾ | 10:35 Am 155cc | 8:50 Am 220 | 3pm 125 cc | 8:15 Am 150 | 8:05 Am 175cc |
| took Night pill At 8pm | 2pm 100cc | 2pm 100 cc | 1:30 pm 150 | 4:20 pm 125cc | 12:05 pm 220 | 9:45 pm 150cc |
| | 5:15 pm Bowel mvt | 4:70 pm 125cc | 9:20 Am Bowel Movement at | 5:06 pm 150 | 2:45 pm 150 | 1:30 Am 150 |
| | 6:35 pm 120cc | 6:30 pm 150cc | 4pm 200cc | 7pm 165 | 4:20 pm 200 | 2:pm 125 |
| | 8:30 pm 160cc | 8:45 pm 175cc | 4:20 175cc | 7:50 pm 150 | 6:10 pm 125 | 3pm 100 |
| | 9:pm 4/25cc | | 5:15 125cc | 10:30 200 cc | 11:pm 150 | 6:15 pm 150 |
| | 10:30 pm 4cc | | 8:35 pm 150cc | | 6: | 6:45 125 |
| | | | 10:pm 200 cc | | | 7pm 125cc |
| | | | | | | 9:30 pm 150 |
| | | | | | | 9:45 pm 100cc |
| | | | | | Sat Bowel Movement At 12:30 Am | 10:50 pm 150cc |
| week two | Tuesday | Wed | Thurs Am | Fri | Sat | 11:20 pm 150cc |
| Monday 11-11-2019 | Bowel movement At 7:45pm | 2Am 220cc | 12:14 Am 220cc | 1:20 Am 200 cc | Sat | |
| 3Am 220 cc | 12:15 220 | 5:30 Am 175cc | 2:05 Am 200 | 4:50 pm 120cc | 1:05 Am 100cc | Sun |
| 4:15 150cc | 2:15 150cc | 8:40 Am 200cc | 3:15 Am 220cc | 5:05 Am 100cc | 1:35 Am 150cc | 2:05 Am 220cc |
| | | 10:15 Am Bowel movement | | | Lost | 3:05 Am 175cc |
| 4:45 120cc | 4:45 120 | 12:50 pm 160cc | 5:49 Am 150cc | 5:32 pm 175 200 | 2:17 Am 100cc | 5Am 200cc |
| | | 7:pm 100cc | | | | 5A73 150cc |
| 5:15 100cc | 5:15 168cc | | 8:35 pm 220cc | 7:48 Am 175 | 7Am 175 | 5:45 Am 100cc |
| 1:01 1 75cc | 7:01 100 | 8:20 pm 120cc | 9:15 105cc | 8:35 Am 220 | 9:50 pm Bowel | 3:50 pm Bowel |
| Bowel movement | 8:Am 220 | | INCH Less than 100 | 8:50 Am 175cc | 5:39 Am 100 | 3:50 pm 150cc |
| 1:30 Am | 8:15 pm 150cc | | 1pm less than 100 | 5:10 pm 175cc | 8:05 Am 150 | 6:30 pm Less 100cc |
| 1:05 100cc | 9Am 200cc | | 100cc | 7pm 100cc | 3:40 p 100cc | 8:35 pm 100 cc |
| | 10:30 Am 175cc | | 4:24 pm Real Dark | 9:55 pm 125cc | Dark | |
| 11pm 175cc | 2:40 pm 150cc | | Less than | | 5:05 pm 100cc | |
| | 3:40 pm 100cc | | 8:15 pm 100cc | 11:22 - 150cc | 7:30 pm 150cc | |
| 3:15 pm 150cc | 7:30 pm 125cc | | 10:05 pm Less than 100cc | | 8:30 pm 100cc | |
| 7:30pm 8:20pm 10:10 | 8 pm 220cc | | DARK | | 10:00 pm 200cc | |
| 200cc 150cc 125cc | 8:12 pm 175cc | | | | | |

Nov 18

12:20 Am   175 cc

2:10        100 cc

3:11 Am    125 cc

5:49 am    220 cc

8:15 am    220 cc

3:35 pm    000 cc

4:00 pm    Less than 100 cc

6 pm       100 cc

9:10 pm    125 cc

10:32 pm   125 cc

11:17 p    100 cc

---

Nov. 18

1:05 A   175 cc

3 A      226

4:33 A   200 cc

4:52     175 cc

5:40 Am  200 cc

7:30 Am  220 cc

9:05 Am  225
Cut off for meds   fresh at 9:10 Am 825 cc

2:05 pm  150 cc

5:15 pm  100 cc

11:16 pm 150 cc

2 Bowl moves

not easy feces line hurt

8:45 pm still hurt at 11:18 pm

---

Nov 20

2:10   150 cc

3:10 Am  220

5:49 Am  260 cc

8:02 Am  200 cc

1:38 pm  150 cc

2 pm     125 cc

8:30 pm  100 cc Dark Color

10 pm    150 cc

11:14 pm 125 cc

---

Thursday
Nov 21

At it 1am
I had a lot
of problems
my cervix had
stop and it

hurt all night
long - I was up
and down every
Less than 5 min to go
and only a
small amouth
would come
out this lasted
the intire night
At 5 am it was
less than 100 cc
5:15 am very sma
9:15 Am I had
a regular movent
220 cc but
had a lot pain
in lower stomi

bowl movent

---

Nov 22

2:15 Am  120 cc

3:05 Am  100 cc

5:49 Am  175 cc

9:05 am  Bowel movent

9:20 am  bowl movent

11:55 am  220 cc

1:50 pm  100 cc

3 pm -   125 cc

5:01 pm  125 cc

9:23 p   125 cc

---

Nov 23

12:02 A  125

4:11 am  175 cc

5:49 A   100 cc
         125 → 2 min apart
9:27 am  + 100 cc

10:30 aj  200 cc

1:05 p   175

3:45 p   125 cc

10:30 p  000

---

Nov- 24

9:05 am  200 cc

4:15 am  100 cc

5:39 am  125 cc

9:10 am  100 cc

1:51 pm  150 cc

3:11 pm  100 cc

4:35 pm  Less than 100 cc

6:30  Small boul ment

6:35  Less than 100 cc

8:20  175 cc

---

at 1:40 pm

6:35 pm  125 cc

8 pm  125 cc

10:17 pm  200 cc

## Inmate Request Form
### Connecticut Department of Correction

DEC 08 2018

CN 9601
REV 1/31/09

| Inmate name: Kevin Lindsey | Inmate number: 92853 |
|---|---|

| Facility/Unit: Corrigan | Housing unit: F 118 | Date: 12-6-18 |
|---|---|---|

Submitted to: Medical Doctors RPN Mrs Williams

Request: After the First day - I was good - now 24 hours later I really in a lot of pain - the tube hards all day long - The walks I took twice on Thursly to medical was very hard on my leg Back and I think that's one of the reason I started passing Blood thrue my urine - my intake on water is doubl now from 6 to 8 intake a day and more if toke take it - I checked my urine again Frudy morning and the Blood had stop - by I'm haveing no feeling in my leg's & Feet hard to walk - I was told my med's For Pain is as Needed - the 5 mg are No longer workin - between my Back and this tube now my leg's - I'm havin →

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

Your name has been added to the RN sick call list.

12/7/18

*continue on back if necessary*

| Staff signature: | Date: |
|---|---|

A very hard time you place the tube the right place that helped - Now For Some Reason - my thing had harden and I had to Squeeze it tight to let the Blood come down to take the pressure off. that's the Best way I can explain to keep it Clean. Now the pain won't stop - it's the week-end and your not here, can you there up my pain med's or change my pain medi. to T-3 4 times A day - two day in a roll I got No rest Due to X amount of pain - the OX's No longer do me Any good. Sorry I fight as hard As I can - now I can't.

Medical

Doctn - follow up

RN Mrs Williams