# United States District Court

Kevin Lindsay
 Plaintiff

v. Prisoner Health Providers
University of Connecticut
Health Center Et Al

v. OmPrakash Pillia MD

v. Corrigan Medical Staff EtAl

v. Corrigan Correction Staff EtAl

Federal Court
915 Lafayette Boulevard
Bridgeport, Connecticut
06604

Case No: _____

Date Feb. 10, 2020

SCANNED at CRCC
and Emailed
2/11/2020 by ll.  6 pages
date    initials   No.

## A Preliminary Injunction

This Plaintiff ask that this Court order a "Preliminary Injunction" for the following reasons;

On and before Nov. 05, 2019 the Plaintiff went thru life changing event. Due to the delay in treatment and failure to follow-up on test result from 2014.

This Plaintiff has file his Claim in Federal Court a Company with most of Exhibits that proves his allegation — as of Now Feb. 2020 he await even further Surgery[s] to his Stom-ack.

The repair on his Bladder came at the hands of RN Beth Shaw and RN Evon.

A preliminary injunction is to prevent a party from suffering irreparable harm while awaiting the final disposition of this case.

### Arguable Facts

A) Since returning from surgery repair of Bladder on Nov. 30, from Backus Hospital. According to treatment; was not given. The only items given to Plaintiff was (3) three Gauze

-1-

and (4) four Abdominal pad's. On occassion Plaintiff complaint evens after going 6 days without any treatment (Plaintiff has proof)..

(b) On and After returning from Backus hospital - Plaintiff had informed several medical RN - RN KC, RN Beth Shaw, RN Andews, RN Mike, RN Julie and APRN Mallory of their problem (Plaintiff has proof. Also submitted these fact's along with Claim);

(C) Upon Returning from Backus Hospital along with — Doctor's instructions - due to delay and monitor exminations - the Plaintiff cought A infection due to delay in the change of Catherer.

(D) On Nov. 30 or Dec. 1, 2019 the first day back to the Prison - Plaintiff was woken up by heart pains in his chest and dehydration - At 1am RN Amy was making her round - the Plaintiff called out to her and ask for water - her reply was - we don't give out water until after 7am and if I really needed water get it from the tolter - I reported her to RN Jessia that morning - word for word - that information was taken down on A pair of Blue gloves and she address my concerns;

(E) On Jan 2, 2020 I was sent out to Backus Hospital for fluid in my leg's and APRN Mallory wanted to make sure it did not travel to my heart - also A change of catherer was done - upon returning. My stom-ack had hurden and I was in pain - I was on 10 mg of OX$^{2)}$ and was told due to my allergy to some mediciations I was

-2-

to take 2-3 tyenial's if needed because my ox[21] has tyenial in it - I requested a tyenial's on that day and RN Andrews refuse me and ordered me out of Medical, the Plaintiff refuse to argue - just turn and walked and reported it to SRN Mollray the next day.

Your Honorable Court, the proof was sent by E-file along with the Plaintiff Claim - the Plaintiff feels, when or without the Surgery that needs to happen soon - his life depends on the out come - the Plaintiff left the infirmary to help take care of his health - and that insured his recovery along with the help of staff and other Inmates help with cleaning (no body touching) just getting hot water to bath in cell as needed.

The Plaintiff understands a "TRO" is temporary and cans be place without notice to the other side (Defendant's) only to prevent immediate and irreparable injuryes and only until the Court has time to schedule a hearing to determine whether a preliminary injunction is justified.

Marriot v. County of Montgomery 426 F. Supp. 2d 1, 11 (N.D. N.Y. 2006) ("the standard for a permanent injunction is essentially the same as the standard for a preliminary injunction, except that the moving party, instead of showing a likelihood of success on the merits much show actual success on the Merits." (citing Amoco Prod. CO. v- Village of Gambell, 480 U.S. 531, 546 N. 12, 107 S. Ct 1396 (1987).

the Plaintiff states. To get an injunction, the Plaintiff must generally show that he does not have an "adequate remedy at law," which means that an award of damages or other relief will not adequately protect him;

Morales v. Trans World Airline. INC. 504, U.S. 374, 381, 112 S.Ct 2031 (1992) However. See Register. Com. INC. v. Verio, INC. 356 F.3d 393, 404 (2d Cir. 2004) (injunction relief is appropriate where damages would be "very difficult to calculate")..

Your Honor, For 90 plus days I went thru the most un-explanable pains I wouldn't wish on Anyone, For 18 hours I endured not being able to urinate, I stood motionless, trying to fight so that my life would not end this way - Medical staff and Dr Feber tryed to explain to me how I looked and didn't want to experience that again - when they tryed to give me hope nothing but blood came thru the Catherer, at that point Corrigan CI went on Lockdown (it's on tape)...

Even thou I was not safe - after the first surgery - the next day. I had to go thru it again, if not for the help of Backus Hospital staff - I would be writing this Claim.

However, the Plaintiff did bring injunction and damages Claim - Filed - Feb. 7, 2020

-4-

There is a right on / to a Jury on the damages claims - and the Court must handle the case so as to preserve that right - this means, usually means hearing the damage claim first.
<u>Bearon Theaters v. Westover</u>. 359. U.S. 500, 510-11  79 S.Ct. 948 (1959).

### Preliminiary Injunctions and Temporary Restraining Order

There are (2) step the Plaintiff has shown;

(2) I have suffer "irreparable injury" without an injunction. His constitutional rights was and has been since 2014 when his situations was brought to the attention of Medical Staff;

(B) he has suffered and still await to see how much more he will go thue - the Plaintiff situation is still going on - he has to wear a Prevail (underwear) in case of A accident around other's. - he will indeed suffer more then prison official's will suffer if the injunction is granted. This is called a balance of hardship.

All Federal Court's use some combination of these factors: <u>Winters v. Natural Resource Defense Council. INC.</u> ____ U.S. ____. 129 S.Ct. 365, 374 (2008)

Plaintiff states all exhibit A and A-1 was sent with claim on 2-7-2020. . . .

-5-

## ORDER

The foregoing motion having been heard by the court is hereby ordered:

GRANTED / DENIED

By the Court

Date _____

_____
Judge / Clerk

## Certification

I hereby state all the information Given is to the best of my knowledge and understand I can be held under penalty of perjury.

Dated Feb. 10, 2020

Submitted By

_____
Kevin Lindsay #92883
Corrigan - Radgowski CI
986 Norwich - New London Tpke
Uncasville, Connecticut
06382

### Certification

Sworn before me on 10 this day of Feb. 10, 2020

_____
Notary Public

2/10/2020
Dated

Michael Campbell
Notary Public
My Commission Expires 4/30/2024

- 6 -