United States District Court
District of Connecticut

Kevin Lindsey
  Plaintiff

vs.

University of Connecticut
Health Center, Et Al
  Defendant's

Case No: 3:20-cv-00173(KAD)

Request of Argu Return Notice filed by Assistant Attorney James W. Donohue on Behalf of Medical Investigations Dated March 2, 2020 (DOC. 9)

This Plaintiff now stand before this Court to question the truthfulness to the finding that was submitted by defendant's Counsel named above.

Your Honorable Court. The date in which the the Plaintiff recieved from the investigation that took place on March 2, 2020 pretaining to the Plaintiff serivous medicial needs - and ask that this Court Request confirmation on Inedment inmate Kevin M. Lindsey #92883 housed at Corrigan's CI recieved since Feb. 4, 2020. The order sent out by this Court Dated Feb. 18, 2020 and recieved Answer on March 2, 2020.

The Plaintiff object's to the finding and hasn't been seen by Medicial or has any appointments been schedule for him.

On or before Feb. 12, 2020 during pill line, which takes place in the housing unit b - spoke to Nurse

1 - of - 3

Supervisor Deavice Truly about a Lump the Plaintiff has from the injuries in his groin - over a short period of time it has gotten bigger and the Plaintiff has been given (-3) different diagnoses (1) water Clot by Dr. Yeder "was seen after blood was drawn and eye glasses repairs" NO schedule appointment; (2) on Jan. 14, 2020 the Plantlf had been schedule to see Orthopedics about his Lower back surgery - Seen APRN Mallaney and explain to her what has happen since the removal of the Catheter. Now there a lump growing in the right side of his groin - she stated I should be schedule for a ultrasound etc., to determine what it might be. has not been schedule according to RN Julie whom schedules all inmates appointment - Last time spoke to her since Feb. 23, 2020 was March 14, 2020.

Your Honorable Court, the Plaintiff now feels retaliation because of the Claim that has been filed in the this Court and he now believes he's being denied Necessary treatment - the Plaintiff has confirmed and sent a Copy of the true facts to his injuries - that A whole wasn't in his bladder but in his prostate, which is now on great concerns - test was done on Jan 29, 2020 "Boipsy" to determine if it is Cancer - the Plaintiff has not be notified of concern. if Cancer is the prostate and due to the unfessional attemp to Straight Catheter the Plaintiff without glidness put a hole in the prostate which cause the the bleeding in the bladder and may have spead thru the vain line into his groin. and no one wants to take the necessary steps to uptain results.

<u>Motion to Request all Medical Visits from January 30, 2020 until March 16, 2020 todays date.</u>

2-of-3

Plaintiff now feels his medical records will be and show the Plaintiff hasn't been treated as followed and the information given to the Attorney General was and is unfounded. On line (.1) of the investigators reads: the Plaintiff has been seen over 15-20 times since Nov. 25, 2019 his injuries;

Your Honorable Court, the Plaintiff had / and was called to Medical for supplies: 3 pad's and Gauze to clean around the basis of the catheter and the point of inter. and on or around every 5 to 6 day's the clamp that held the catheter from pulling had to be changed and surface clean. "No follow-up since removal".

On March 5, 2020 the Plaintiff wrote a request to see the Doctor or APRN about the lump and concerns about what it might be. there a notice in the unit that read all sick call for 7-unit will be held on Saturdays - 2 Saturdays have pass and I still haven't been seen. to days date March 15, 2020.

Dated March 16, 2020

cc:
Assistant Attorney General
James W. Donohue
E-file: James.donohue@ct.gov.

110 Sherman Street
Hartford, Connecticut 06105

Submitted by
Kevin M. Lindsay #92883
Corrigan-Radgowski CD
986 Norwich-New London Tpke
Uncasville, Connecticut 06382

3-07-3