United States District Court
District of Connecticut

Kevin Lindsey
Plaintiff

v.

University of Connecticut
Health Care Provider Et AL
Defendant's

SCANNED at
and Emailed
4/2/20 by KN . 12 pages
date   initials   No.

Federal Court House
at 915 Lafayette Blvd
Bridgeport, Connecticut
06604

Case No: 3:20-cv-00173 (KAD)

Dated April 2, 2020

Motion to Request payment of unpaid Medical
Bills From Injuries Dated Nov. 25, 2019

Here said Plaintiff comes before this Court to seek
unpaid Medical Bills to be paid in full by the
Department of Correction due to case attemps made
by the Plaintiff, Counselor Mr Cambell of I-unit and
Surther request. attemps made by the Plaintiff has gone un-
Notice since and before Covid-19 had arrived.

Your Honorable Court, the Plaintiff has done all
he could at this point and the continuations to over look
responceability. as the Court can see the Plaintiff has enclose
pass due bills that has not been taken care of.

if bills are sent to collection. it becomes a problem
for the Plaintiff as he re-inter's his life in the World.

Dated April 2, 2020

respectfully submitted

Kevin Lindsey #92883

Exhibit's A and A-1

1-07-2

## Certification

I hereby State a copy was sent by E-File to Attorney General James Dohan and to Federal Court on ___2___ of this month of April 2, 2020.

dated April 2, 2020

Submitted By

Kevin Lindsay #92883
Corrigan - Radgowski LP
986 Norwich - New London
uncasville, Connecticut
06382

CC:

Attorney General office
Mr. James Dohan   Attorney
110 Sherman Street
Hartford, Connecticut   06105

2 of 2

# EXHIBIT A

# Hartford HealthCare

Guarantor Account No: 1469369
Guarantor Name: Kevin Lindsay
Statement Date: 01/24/20
Payment Due Date: 02/23/20
Page: 1 of 5

| Amount Due | $14,034.72 |
|---|---|

**It is your responsibility to pay the total amount due by 02/23/20.**

*See following pages for statement details*

### Amount Due

| Current | 30 - 59 days | 60 - 89 days | Over 90 days |
|---|---|---|---|
| $0.00 | $12,676.21 | $1,358.51 | $0.00 |

**Pay by Credit Card**

**Online**
- Online bill payments are processed through MyChart at
- Use activation code 7T8GF-PVSXK-SVQ9N

**Phone**
- Please contact (877) HHC-BILL or (877) 442-2455

**Pay by Check**
- Please make checks payable to:
  **Hartford HealthCare**
  **P.O. Box 419032**
  **Boston, MA 02241**

**Payment Plans/Financial Assistance**
- For more information regarding payment options and financial assistance, please call (877) HHC-BILL or (877) 442-2455

- Patient financial assistance information, as well as an application, can be found on our website under the Patients and Visitors tab at

**Additional questions?**
- Our representatives are available to assist you Monday through Friday. Please call us at (877) HHC-BILL or (877) 442-2455

Your payment will be posted to the oldest open outstanding balance on the account at the time your payment is received. **Please Note:** This may not necessarily be the oldest date of service.

Hartford HealthCare is pleased to offer the option of paperless statements. If you are interested in paperless statements, please visit or ask a representative for information.

Please detach and return bottom portion with your payment.

656871D (PC2)

⊢

## Hartford HealthCare

Hartford HealthCare
P.O. Box 4116
Gaithersburg, MD 20885
(877) HHC-BILL



☐ Please check the box if below address is incorrect or if the insurance information has changed. Indicate the change(s) on the reverse side.

| Guarantor # | Statement Date |
|---|---|
| 1469369 | 01/24/20 |
| PAYMENT DUE DATE | PLEASE PAY THIS AMOUNT |
| 02/23/20 | **14,034.72** |
| **AMOUNT PAID** | |

*Please make checks payable to



000091
0404

KEVIN LINDSAY
986 NORWICH NEW LONDON TPKE
UNCASVILLE, CT 06382-1928

HARTFORD HEALTHCARE
PO BOX 419032
BOSTON, MA 02241-9032

00000146936900001403472 5

# FINANCIAL ASSISTANCE POLICY SUMMARY

Consistent with our mission, Hartford HealthCare (HHC) provides financial assistance to all eligible individuals who meet the criteria in our Financial Assistance Policy. It is HHC's policy to provide, without discrimination, emergent care for everyone regardless of their eligibility for medical benefits, financial or government assistance. Your questions about the Financial Assistance Policy and the Application for Financial Assistance, the terms and eligibility can be requested in person through any HHC employee at a location listed below, via telephone or on our website.

If you have no insurance (uninsured), your insurance will not pay all of the bills, leaving you with a balance (underinsured), and/or you are not eligible for any government health care benefit program and unable to pay for the health care services then you may be eligible for financial assistance. To determine eligibility for financial assistance factors may include family size, liquid and non-liquid assets, employment status, financial obligations, amount and frequency of healthcare expense (i.e. medically indigent) and other financial resources available to the patient. Under the Financial Assistance Policy, patients whose household income is at or below 250% of the Federal Poverty Level may be eligible for a discount of 100% of their financial obligations. Patients with family income between 250% and 400% of the Federal Poverty Level may be eligible to qualify for a discount of between 25-75%. In addition, a patient who is determined to be unable to pay their bills because their medical expenses exceed at least 50% of their annual gross family income may be eligible for discounts of between 65-90% of their financial obligations as specifically set forth in Appendix A to the Financial Assistance Policy.

To apply, simply obtain an application and complete the required information. Return the application to one of our financial assistance offices that are listed in the Application. You can access the Application, as well as the Financial Assistance Policy, at www.HartfordHealthCare.org or any of the HHC hospital websites. If you prefer, you can request an application or a copy of the Financial Assistance Policy free of charge by mail at Hartford HealthCare, Customer Service, PO Box 310911, Newington, CT 06111 or by calling us at 860-696-6010. Copies of the Financial Assistance Policy and Application may also be picked up in person at the Patient Admission Desk at all of our hospital facilities. The Financial Assistance Policy, the Application and this plain language summary are available in English, Spanish and Polish.

De acuerdo con nuestra misión, Hartford HealthCare brinda ayuda financiera a personas que cumplen con los criterios de nuestra Política de Ayuda Financiera. Para obtener una copia de la política, solicitud y resumen en español, visite nuestro sitio web en www.HartfordHealthCare.org o llame al 860-696-6010.

Zgodnie z naszą misją, Hartford HealthCare zapewnia pomoc finansową osobom, które spełniają kryteria naszych zasad przyznawania pomocy finansowej. Kopie tych zasad, wniosek oraz streszczenie w języku polskim można uzyskać na naszej stronie www.HartfordHealthCare.org lub pod numerem telefonu: 860-696-6010.

Note: Financial assistance eligible individuals will not be charged more for emergency or medically necessary care than the amount generally billed. Financial assistance is not available for non-medically necessary services such as cosmetic procedures and residential treatment service.

| **Backus Hospital** | **MidState Medical Center** | **The Hospital of Central Connecticut** | **Rushford** |
|---|---|---|---|
| Financial Counseling Unit | Financial Counselors | Financial Counselors | Registration |
| 326 Washington Street | Main Admitting Department | Main Admitting Department | 1250 Silver Street |
| Norwich, CT 06360 | 435 Lewis Avenue | 100 Grand Street | Middletown, CT 06457 |
| 860.696.6010 | Meriden, CT 06451 | New Britain, CT 06050 | 860.696.6010 |
| | 860.696.6010 | 860.696.6010 | |

| **Hartford Hospital** | **Natchaug Hospital** | **Windham Hospital** | **Charlotte Hungerford Hospital** |
|---|---|---|---|
| Financial Assistance | Patient Accounts | Financial Counselors | Outpatient Registration |
| Main Admitting Department | 189 Storrs Road | Main Admitting Department | 540 Litchfield Street |
| 80 Seymour Street | Mansfield, CT 06250 | 112 Mansfield Avenue | Torrington, CT 06790 |
| Hartford, CT 06102 | 1.800.426.7792 | Willimantic, CT 06226 | 860.696.6010 |
| 860.696.6010 | | 860.696.6010 | |

000000128-B

## IF ANY OF THE INFORMATION ON THE FRONT HAS CHANGED PLEASE INDICATE BELOW

| ABOUT YOU: | ABOUT YOUR INSURANCE: |
|---|---|
| YOUR NAME (Last, First, Middle Initial) | PRIMARY INSURANCE:<br>EFFECTIVE DATE: |
| ADDRESS | ADDRESS<br>TELEPHONE |
| CITY          STATE          ZIP | CITY          STATE          ZIP |
| TELEPHONE<br>MARITAL STATUS | ID NUMBER<br>GROUP NUMBER |
| EMPLOYER NAME:<br>PHONE #: | SECONDARY INSURANCE:<br>EFFECTIVE DATE: |
| EMPLOYER'S ADDRESS | ADDRESS<br>TELEPHONE |
| CITY          STATE          ZIP | CITY          STATE          ZIP |
| | ID NUMBER<br>GROUP NUMBER |

420688 HRTFRDST56 749460 383672770 P: 1853730 1 17: 31499523 4: 2



| | |
|---|---|
| Guarantor Account #: | 1469369 |
| Guarantor Name: | Kevin Lindsay |
| Statement Date: | 01/24/20 |
| Payment Due Date: | 02/23/20 |
| Page: | 2 of 5 |

**Patient:** Lindsay, Kevin **Account #:** 41932901287
**Department:** BH A4 ORTHO MEDSURG

Our records indicate that you are financially responsible for the outstanding balance.  If you are unable to pay this balance, contact Customer Service at (877) HHC-BILL to discuss financial assistance. Otherwise, please remit payment in full by the due date.

Hospital Services (Including equipment,supplies,room charges,non-physician medical staff, etc.)

| 11/25/19 to 11/30/19 | | | | | |
|---|---|---|---|---|---|
| | UNINSURED DISCOUNT (SELF-PAY) - 12/11/19 | | | -$13,930.95 | |
| | Your Responsibility | | | | $10,087.93 |

**Patient:** Lindsay, Kevin **Account #:** 41932902594
**Provider:** Brandon C Stahl, MD **Department:** William Backus Hospital Surgical Services

Our records indicate that your outstanding balance is past due.  If you are unable to pay this balance, contact Customer Service at (877) HHC-BILL to discuss financial assistance.  Otherwise , please remit payment in full by the due date to prevent collection activity.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| 11/25/19 to 11/30/19 | | | | | |
|---|---|---|---|---|---|
| | INSERT,TEMP INDWELLING BLAD CATH,COMP | $313.00 | | | |
| | CYSTOURETHROSCOPY,FULGURATN | $673.00 | | | |
| | OFFICE CONSULTATION NEW/ESTAB PATIENT | $425.00 | | | |
| | EMERGENCY DEPT VISIT HIGH SEVERITY&THREAT FUNCJ | $759.00 | | | |
| | OFFICE OUTPATIENT VISIT | $69.00 | | | |
| | SBSQ HOSPITAL CARE/DAY | $234.00 | | | |
| | HOSPITAL DISCHARGE DAY | $197.00 | | | |
| | Total Charges | $2,670.00 | | | |
| | UNINSURED DISCOUNT (SELF-PAY) - 11/25/19 | | | -$397.07 | |
| | UNINSURED DISCOUNT (SELF-PAY) - 11/30/19 | | | -$135.72 | |
| | UNINSURED DISCOUNT (SELF-PAY) - 12/02/19 | | | -$621.76 | |
| | UNINSURED DISCOUNT (SELF-PAY) - 12/04/19 | | | -$156.94 | |



000091
0304

657784D (PC0)

If you received services as a hospital outpatient, you and/or your insurance company may be billed for a facility fee, in addition to a physician fee.  The facility fee, also referred to as the technical fee, is billed to cover the labor and non-labor expenses of the hospital associated with your visit.  The physician fee, also referred to as the professional fee, is billed to cover the labor expense of the physician or other medical professional who provided services during your visit.  If these same services were provided in a physician office, you and/or your insurance company would have been billed for a physician fee that included both the labor and non-labor expenses of the physician office, and the labor expense of the physician or other medical professional who provided services during your visit.  This all- inclusive physician fee from the physician office may have been less than the combination of the separate facility fee and physician fee for services received as a hospital outpatient.

Medicare requires hospitals to bill facility and physician fees separately for services to hospital outpatients.  For comparison purposes, Medicare reimburses Hartford HealthCare Hospitals for their facility fees as follows:  Hartford and Windham $109.97, Hospital of Central Connecticut $115.91, and Midstate Medical Center $124.39.  Your insurance company will be able to provide you with information on their reimbursement to Hartford HealthCare Hospitals for hospital outpatients.  If you are unable to pay your portion of this reimbursement or any other portion of your bill, please contact 1-860-696-6010 to apply for financial assistance.

## Honorarios del Centro para Pacientes Ambulatorios del Hospital

Si usted recibió servicios como paciente ambulatorio del hospital, usted y/o su compañía de seguros pueden recibir la factura por los honorarios de un centro, además de los honorarios del médico. Los honorarios del centro, también llamados honorarios técnicos, se facturan para cubrir los gastos laborales y no laborales del hospital asociados con su visita. Los honorarios del médico, también llamados honorarios profesionales, se facturan para cubrir los gastos laborales del médico o de otro profesional médico que prestó servicios durante su visita. Si estos mismos servicios fueron proporcionados en un consultorio médico, usted y/o su compañía de seguros hubieran recibido una factura por honorarios médicos que incluían tanto los gastos laborales como no laborales del consultorio médico, así como los gastos laborales del médico o de otro profesional médico que brindaron servicios durante su visita. Estos honorarios médicos globales del consultorio médico pueden ser menos que la combinación de los honorarios separados del centro y del médico por servicios recibidos como paciente ambulatorio del hospital.

Medicare requiere que los hospitales facturen honorarios del centro y honorarios médicos por separado por servicios a pacientes ambulatorios del hospital. Para propósitos de comparación, Medicare les reembolsa a los Hospitales de Hartford HealthCare por los honorarios de sus centros como sigue: Hartford y Windham $109.97, Hospital of Central Connecticut $115.91, y Midstate Medical Center $124.39. Su compañía de seguros podrá proporcionarle información sobre su reembolso a los Hospitales de Hartford HealthCare para pacientes ambulatorios del hospital. Si usted no puede pagar su porción de este reembolso o cualquier otra porción de su factura, llame al 1-860-696-6010 para solicitar asistencia financiera.

## Opłaty za korzystanie z placówki dla pacjentów ambulatoryjnych szpitala

Jeśli otrzymałeś usługę w przychodni szpitala, Ty i/lub Twoja firma ubezpieczeniowa możecie otrzymać rachunek zawierający opłatę placówki służby zdrowia oprócz opłaty za lekarza. Opłata za placówkę, nazywana również opłatą techniczną, pokrywa koszty pracy i inne koszty szpitala związane z wizytą. Opłata za lekarza, nazywana również profesjonalną, jest opłatą za usługę lekarza lub innego pracownika służby zdrowia, który wykonał usługę podczas wizyty. Jeśli te same usługi świadczone byłyby w gabinecie lekarza, Ty i/lub Twoja firma ubezpieczeniowa otrzymalibyście jeden rachunek, który zawierałby opłaty za pracę i koszty usługi poniesione przez gabinet lekarski i koszty pracy lekarza bądź innego pracownika służby zdrowia wykonującego usługę podczas wizytę. Ta zawierająca wszystko opłata wystawiona przez gabinet lekarski może być niższa niż suma oddzielnych opłat za placówkę i opłaty za lekarza za świadczenia ambulatoryjne w poradni szpitala.

Medicare wymaga by szpitale wystawiały oddzielne rachunki za korzystanie z placówki i za lekarza pacjentom korzystającym z usług ambulatoryjnych w szpitalu. Dla celów porównawczych, Medicare zwraca Hartford HealthCare Hospital opłaty za placówki w następujący sposób: Hartford i Windham $109.97, Hospital of Central Connecticut $115.91, i Midstate Medical Center $124.39. Twoja firma ubezpieczeniowa będzie mogła udzielić informacji o wysokości ich zwrotu dla Hartford HealthCare Hospital za usługi ambulatoryjne szpitala. Jeśli nie jesteś w stanie zapłacić swojej części rachunku, skontaktuj się z 1-860-696-6010 by ubiegać się o pomoc finansową.

-----------------------------------------------------------------------------------------------------

**This ratio represents our gross revenue compared to our total operating expenses. Each entity is distinct and variable for budget year 2018 as listed below.**

| Ratio of Cost to Charge for Budget Year 2018 | |
|---|---|
| Hartford Hospital | 39% |
| Hospital of Central Connecticut | 37% |
| MidState Medical Center | 37% |
| William Backus Hospital | 37% |
| Windham Hospital | 42% |
| Charlotte Hungerford Hospital | 39% |



| | | 1469369 |
| | | Kevin Lindsay |
| | | 01/24/20 |
| | | 02/23/20 |
| | | 3 of 5 |

| | | | | | |
|---|---|---|---|---|---|
| | Your Responsibility | | | | $1,358.51 |

**Patient:** Lindsay, Kevin **Account #:** 41933602306
**Provider:** Brandon C Stahl, MD **Department:** BH A4 ORTHO MEDSURG

Our records indicate that you are financially responsible for the outstanding balance.  If you are unable to pay this balance, contact Customer Service at (877) HHC-BILL to discuss financial assistance. Otherwise, please remit payment in full by the due date.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| 11/25/19 | SBSQ OBSERVATION CARE/DAY | $106.00 | | | |
|---|---|---|---|---|---|
| to | Your Responsibility | | | | $106.00 |
| 11/30/19 | | | | | |

**Patient:** Lindsay, Kevin **Account #:** 41933602309
**Provider:** Rommel R R Geronimo, MD **Department:** BH A4 ORTHO MEDSURG

Our records indicate that you are financially responsible for the outstanding balance.  If you are unable to pay this balance, contact Customer Service at (877) HHC-BILL to discuss financial assistance. Otherwise, please remit payment in full by the due date.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| 11/25/19 | OFFICE CONSULTATION NEW/ESTAB PATIENT | $215.00 | | | |
|---|---|---|---|---|---|
| to | Your Responsibility | | | | $215.00 |
| 11/30/19 | | | | | |

**Patient:** Lindsay, Kevin **Account #:** 41933602312
**Provider:** Rommel R R Geronimo, MD **Department:** BH A4 ORTHO MEDSURG

Our records indicate that you are financially responsible for the outstanding balance.  If you are unable to pay this balance, contact Customer Service at (877) HHC-BILL to discuss financial assistance. Otherwise, please remit payment in full by the due date.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| 11/25/19 | SBSQ OBSERVATION CARE/DAY | $195.00 | | | |
|---|---|---|---|---|---|
| to | Your Responsibility | | | | $195.00 |
| 11/30/19 | | | | | |



000091
0204

140014



Guarantor Account #: 1469369
Guarantor Name: Kevin Lindsay
Statement Date: 01/24/20
Payment Due Date: 02/23/20
Page: 4 of 5

**Patient:** Lindsay, Kevin **Account #:** 41933602314
**Provider:** Brian S McLeod, MD  **Department:** BH A4 ORTHO MEDSURG

Our records indicate that you are financially responsible for the outstanding balance.  If you are unable to pay this balance, contact Customer Service at (877) HHC-BILL to discuss financial assistance. Otherwise, please remit payment in full by the due date.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| 11/25/19 | INSERT,TEMP INDWELLING BLAD CATH,COMP | $313.00 | | | | |
|---|---|---|---|---|---|---|
| to | Your Responsibility | | | | | $313.00 |
| 11/30/19 | | | | | | |

**Patient:** Lindsay, Kevin **Account #:** 41933602318
**Provider:** Brian S McLeod, MD  **Department:** BH A4 ORTHO MEDSURG

Our records indicate that you are financially responsible for the outstanding balance.  If you are unable to pay this balance, contact Customer Service at (877) HHC-BILL to discuss financial assistance. Otherwise, please remit payment in full by the due date.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| 11/25/19 | SBSQ HOSPITAL CARE/DAY | $105.00 | | | | |
|---|---|---|---|---|---|---|
| to | Your Responsibility | | | | | $105.00 |
| 11/30/19 | | | | | | |

**Patient:** Lindsay, Kevin **Account #:** 41933602321
**Provider:** Brian S McLeod, MD  **Department:** BH A4 ORTHO MEDSURG

Our records indicate that you are financially responsible for the outstanding balance.  If you are unable to pay this balance, contact Customer Service at (877) HHC-BILL to discuss financial assistance. Otherwise, please remit payment in full by the due date.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| 11/25/19 | OFFICE OUTPATIENT VISIT | $136.00 | | | | |
|---|---|---|---|---|---|---|
| to | Your Responsibility | | | | | $136.00 |
| 11/30/19 | | | | | | |

0000000128-B



| | |
|---|---|
| | 1469369 |
| | Kevin Lindsay |
| | 01/24/20 |
| | 02/23/20 |
| | 5 of 5 |

**Patient:** Lindsay, Kevin **Account #:** 41934504404
**Department:** Backus Hospital Emergency Department

Our records indicate that you are financially responsible for the outstanding balance.  If you are unable to pay this balance, contact Customer Service at (877) HHC-BILL to discuss financial assistance. Otherwise, please remit payment in full by the due date.

Hospital Services (Including equipment,supplies,room charges,non-physician medical staff, etc.)

| 12/11/19 | | | | | | |
|---|---|---|---|---|---|---|
| | Your Responsibility | | | | | $1,277.28 |

**Patient:** Lindsay, Kevin **Account #:** 41935000654
**Provider:** Marc Guttman, MD **Department:** Backus Hospital Emergency Department

Our records indicate that you are financially responsible for the outstanding balance.  If you are unable to pay this balance, contact Customer Service at (877) HHC-BILL to discuss financial assistance. Otherwise, please remit payment in full by the due date.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| 12/11/19 | EMERGENCY DEPARTMENT VISIT MODERATE SEVERITY | $241.00 | | | | |
|---|---|---|---|---|---|---|
| | Your Responsibility | | | | | $241.00 |
| | | | | Balance Due | | $14,834.71 |



000091
0104

140014

000000129-B

# EXHIBIT A

# Hartford HealthCare

| | |
|---|---|
| Guarantor Account #: | 1469369 |
| Guarantor Name: | Kevin Lindsay |
| Statement Date: | 03/24/20 |
| Payment Due Date: | 04/23/20 |
| Page: | 1 of 5 |

| Amount Due | $14,034.72 |
|---|---|

**It is your responsibility to pay the total amount due by 04/23/20.**

*See following pages for statement details*

Amount Due:

| Current | 30 - 59 days | 60 - 89 days | Over 90 days |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $14,034.72 |

### Pay by Credit Card
**Online**
- Online bill payments are processed through MyChart at https://www.MyChartPLUS.org
- Use activation code SB3R3-GSKGD-XJ2CT

**Phone**
- Please contact (877) HHC-BILL or (877) 442-2455

### Pay by Check
- Please make checks payable to:
  **Hartford HealthCare**
  **P.O. Box 419032**
  **Boston, MA 02241**

### Payment Plans/Financial Assistance
- For more information regarding payment options and financial assistance, please call (877) HHC-BILL or (877) 442-2455

- Patient financial assistance information, as well as an application, can be found on our website under the Patients and Visitors tab at https://hartfordhealthcare.org/

### Additional Questions?
- Our representatives are available to assist you Monday through Friday. Please call us at (877) HHC-BILL or (877) 442-2455

Your payment will be posted to the oldest open outstanding balance on the account at the time your payment is received. **Please Note:** This may not necessarily be the oldest date of service.

Hartford HealthCare is pleased to offer the option of paperless statements. If you are interested in paperless statements, please visit https://www.MyChartPLUS.org or ask a representative for information.

Please detach and return bottom portion with your payment.

656871D (PC2)



Hartford HealthCare
P.O. Box 4116
Gaithersburg, MD 20885
(877) HHC-BILL



☐ Please check the box if below address is incorrect or if the insurance information has changed. Indicate the change(s) on the reverse side.

| Guarantor # | Statement Date |
|---|---|
| 1469369 | 03/24/20 |
| PAYMENT DUE DATE | PLEASE PAY THIS AMOUNT |
| 04/23/20 | **14,034.72** |
| AMOUNT PAID | |

*Please make checks payable to



000096
0404

KEVIN LINDSAY
986 NORWICH NEW LONDON TPKE
UNCASVILLE, CT 06382-1928

HARTFORD HEALTHCARE
PO BOX 419032
BOSTON, MA 02241-9032

00000146936900001403472 5

Consistent with our mission, Hartford HealthCare (HHC) provides financial assistance to all eligible individuals who meet the criteria in our Financial Assistance Policy. It is HHC's policy to provide, without discrimination, emergent care for everyone regardless of their eligibility for medical benefits, financial or government assistance. Your questions about the Financial Assistance Policy and the Application for Financial Assistance, the terms and eligibility can be requested in person through any HHC employee at a location listed below, via telephone or on our website.

If you have no insurance (uninsured), your insurance will not pay all of the bills, leaving you with a balance (underinsured), and/or you are not eligible for any government health care benefit program and unable to pay for the health care services then you may be eligible for financial assistance. To determine eligibility for financial assistance factors may include family size, liquid and non-liquid assets, employment status, financial obligations, amount and frequency of healthcare expense (i.e. medically indigent) and other financial resources available to the patient. Under the Financial Assistance Policy, patients whose household income is at or below 250% of the Federal Poverty Level may be eligible for a discount of 100% of their financial obligations. Patients with family income between 250% and 400% of the Federal Poverty Level may be eligible to qualify for a discount of between 25-75%. In addition, a patient who is determined to be unable to pay their bills because their medical expenses exceed at least 50% of their annual gross family income may be eligible for discounts of between 65-90% of their financial obligations as specifically set forth in Appendix A to the Financial Assistance Policy.

To apply, simply obtain an application and complete the required information. Return the application to one of our financial assistance offices that are listed in the Application. You can access the Application, as well as the Financial Assistance Policy, at www.HartfordHealthCare.org or any of the HHC hospital websites. If you prefer, you can request an application or a copy of the Financial Assistance Policy free of charge by mail at Hartford HealthCare, Customer Service, PO Box 310911, Newington, CT 06111 or by calling us at 860-696-6010. Copies of the Financial Assistance Policy and Application may also be picked up in person at the Patient Admission Desk at all of our hospital facilities. The Financial Assistance Policy, the Application and this plain language summary are available in English, Spanish and Polish.

De acuerdo con nuestra misión, Hartford HealthCare brinda ayuda financiera a personas que cumplen con los criterios de nuestra Política de Ayuda Financiera. Para obtener una copia de la política, solicitud y resumen en español, visite nuestro sitio web en www.HartfordHealthCare.org o llame al 860-696-6010.

Zgodnie z naszą misją, Hartford HealthCare zapewnia pomoc finansową osobom, które spełniają kryteria naszych zasad przyznawania pomocy finansowej. Kopie tych zasad, wniosek oraz streszczenie w języku polskim można uzyskać na naszej stronie www.HartfordHealthCare.org lub pod numerem telefonu: 860-696-6010.

Note: Financial assistance eligible individuals will not be charged more for emergency or medically necessary care than the amount generally billed. Financial assistance is not available for non-medically necessary services such as cosmetic procedures and residential treatment service.

**Backus Hospital**
Financial Counseling Unit
326 Washington Street
Norwich, CT 06360
860.696.6010
backushospital.org

**Hartford Hospital**
Financial Assistance
Main Admitting Department
80 Seymour Street
Hartford, CT 06102
860.696.6010
hartfordhospital.org

**MidState Medical Center**
Financial Counselors
Main Admitting Department
435 Lewis Avenue
Meriden, CT 06451
860.696.6010
midstatemedical.org

**Natchaug Hospital**
Patient Accounts
189 Storrs Road
Mansfield, CT 06250
1.800.426.7792
natchaug.org

**The Hospital of Central Connecticut**
Financial Counselors
Main Admitting Department
100 Grand Street
New Britain, CT 06050
860.696.6010
thocc.org

**Windham Hospital**
Financial Counselors
Main Admitting Department
112 Mansfield Avenue
Willimantic, CT 06226
860.696.6010
windhamhospital.org

**Rushford**
Registration
1250 Silver Street
Middletown, CT 06457
860.696.6010
rushford.org

**Charlotte Hungerford Hospital**
Outpatient Registration
540 Litchfield Street
Torrington, CT 06790
860.696.6010
charlottehungerford.org

000000137-B

## IF ANY OF THE INFORMATION ON THE FRONT HAS CHANGED PLEASE INDICATE BELOW

| ABOUT YOU: | | | | ABOUT YOUR INSURANCE: | | | |
|---|---|---|---|---|---|---|---|
| YOUR NAME (Last, First, Middle Initial) | | | | PRIMARY INSURANCE:  EFFECTIVE DATE: | | | |
| ADDRESS | | | | ADDRESS  TELEPHONE | | | |
| CITY | STATE | ZIP | | CITY | STATE | ZIP | |
| TELEPHONE  MARITAL STATUS | | | | ID NUMBER  GROUP NUMBER | | | |
| EMPLOYER NAME:  PHONE #: | | | | SECONDARY INSURANCE:  EFFECTIVE DATE: | | | |
| EMPLOYER'S ADDRESS | | | | ADDRESS  TELEPHONE | | | |
| CITY | STATE | ZIP | | CITY | STATE | ZIP | |
| | | | | ID NUMBER  GROUP NUMBER | | | |

420688 HRTFRDST56 790325 307864265 R: 1942075 1 20: 31707025 4: 2


# Hartford HealthCare

Guarantor Account #: 1469369
Guarantor Name: Kevin Lindsay
Statement Date: 03/24/20
Payment Due Date: 04/23/20
Page: 2 of 5

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|---|---|---|---|---|---|

**Patient:** Lindsay, Kevin **Account #:** 41932901287
**Department:** BH A4 ORTHO MEDSURG

**FINAL NOTICE:** Our records indicate that your outstanding balance remains past due. Please remit payment in full by the due date to avoid turnover of your account to a collection agency. Please contact Customer Service at (877) HHC-BILL with any questions.

Hospital Services (Including equipment,supplies,room charges,non-physician medical staff, etc.)

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|---|---|---|---|---|---|
| 11/25/19 to | Previous Charges | $24,018.88 | | | |
| | UNINSURED DISCOUNT (SELF-PAY) - 12/11/19 | | | -$13,930.95 | |
| 11/30/19 | Your Responsibility | | | | $10,087.93 |

**Patient:** Lindsay, Kevin **Account #:** 41932902594
**Provider:** Brandon C Stahl, MD **Department:** William Backus Hospital Surgical Services

**FINAL NOTICE:** Our records indicate that your outstanding balance remains past due. Please remit payment in full by the due date to avoid turnover of your account to a collection agency. Please contact Customer Service at (877) HHC-BILL with any questions.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|---|---|---|---|---|---|
| 11/25/19 | INSERT,TEMP INDWELLING BLAD CATH,COMP | $313.00 | | | |
| to | CYSTOURETHROSCOPY,FULGURATN | $673.00 | | | |
| 11/30/19 | OFFICE CONSULTATION NEW/ESTAB PATIENT | $425.00 | | | |
| | EMERGENCY DEPT VISIT HIGH SEVERITY&THREAT FUNCJ | $759.00 | | | |
| | OFFICE OUTPATIENT VISIT | $69.00 | | | |
| | SBSQ HOSPITAL CARE/DAY | $234.00 | | | |
| | HOSPITAL DISCHARGE DAY | $197.00 | | | |
| | Total Charges | $2,670.00 | | | |
| | UNINSURED DISCOUNT (SELF-PAY) - 11/25/19 | | | -$397.07 | |
| | UNINSURED DISCOUNT (SELF-PAY) - 11/30/19 | | | -$135.72 | |
| | UNINSURED DISCOUNT (SELF-PAY) - 12/02/19 | | | -$621.76 | |
| | UNINSURED DISCOUNT (SELF-PAY) - 12/04/19 | | | -$156.94 | |



000096
0304

657784D (PC0)

**Facility Fees for Hospital Outpatients**

If you received services as a hospital outpatient, you and/or your insurance company may be billed for a facility fee, in addition to a physician fee.  The facility fee, also referred to as the technical fee, is billed to cover the labor and non-labor expenses of the hospital associated with your visit.  The physician fee, also referred to as the professional fee, is billed to cover the labor expense of the physician or other medical professional who provided services during your visit.  If these same services were provided in a physician office, you and/or your insurance company would have been billed for a physician fee that included both the labor and non-labor expenses of the physician office, and the labor expense of the physician or other medical professional who provided services during your visit.  This all- inclusive physician fee from the physician office may have been less than the combination of the separate facility fee and physician fee for services received as a hospital outpatient.

Medicare requires hospitals to bill facility and physician fees separately for services to hospital outpatients.  For comparison purposes, Medicare reimburses Hartford HealthCare Hospitals for their facility fees as follows:  Hartford and Windham $109.97, Hospital of Central Connecticut $115.91, and Midstate Medical Center $124.39.  Your insurance company will be able to provide you with information on their reimbursement to Hartford HealthCare Hospitals for hospital outpatients.  If you are unable to pay your portion of this reimbursement or any other portion of your bill, please contact 1-860-696-6010 to apply for financial assistance.

### Honorarios del Centro para Pacientes Ambulatorios del Hospital

Si usted recibió servicios como paciente ambulatorio del hospital, usted y/o su compañía de seguros pueden recibir la factura por los honorarios de un centro, además de los honorarios del médico. Los honorarios del centro, también llamados honorarios técnicos, se facturan para cubrir los gastos laborales y no laborales del hospital asociados con su visita. Los honorarios del médico, también llamados honorarios profesionales, se facturan para cubrir los gastos laborales del médico o de otro profesional médico que prestó servicios durante su visita. Si estos mismos servicios fueron proporcionados en un consultorio médico, usted y/o su compañía de seguros hubieran recibido una factura por honorarios médicos que incluían tanto los gastos laborales como no laborales del consultorio médico, así como los gastos laborales del médico o de otro profesional médico que brindaron servicios durante su visita. Estos honorarios médicos globales del consultorio médico pueden ser menos que la combinación de los honorarios separados del centro y del médico por servicios recibidos como paciente ambulatorio del hospital.

Medicare requiere que los hospitales facturen honorarios del centro y honorarios médicos por separado por servicios a pacientes ambulatorios del hospital. Para propósitos de comparación, Medicare les reembolsa a los Hospitales de Hartford HealthCare por los honorarios de sus centros como sigue: Hartford y Windham $109.97, Hospital of Central Connecticut $115.91, y Midstate Medical Center $124.39. Su compañía de seguros podrá proporcionarle información sobre su reembolso a los Hospitales de Hartford HealthCare para pacientes ambulatorios del hospital. Si usted no puede pagar su porción de este reembolso o cualquier otra porción de su factura, llame al 1-860-696-6010 para solicitar asistencia financiera.

### Opłaty za korzystanie z placówki dla pacjentów ambulatoryjnych szpitala

Jeśli otrzymałeś usługę w przychodni szpitala, Ty i/lub Twoja firma ubezpieczeniowa możecie otrzymać rachunek zawierający opłatę placówki służby zdrowia oprócz opłaty za lekarza. Opłata za placówkę, nazywana również opłatą techniczną, pokrywa koszty pracy i inne koszty szpitala związane z wizytą. Opłata za lekarza, nazywana również profesjonalną, jest opłatą za usługę lekarza lub innego pracownika służby zdrowia, który wykonał usługę podczas wizyty. Jeśli te same usługi świadczone byłyby w gabinecie lekarza, Ty i/lub Twoja firma ubezpieczeniowa otrzymalibyście jeden rachunek, który zawierałby opłaty za pracę i koszty usługi poniesione przez gabinet lekarski i koszty pracy lekarza bądź innego pracownika służby zdrowia wykonującego usługę podczas wizytę. Ta zawierająca wszystko opłata wystawiona przez gabinet lekarski może być niższa niż suma oddzielnych opłat za placówkę i opłaty za lekarza za świadczenia ambulatoryjne w poradni szpitala.

Medicare wymaga by szpitale wystawiały oddzielne rachunki za korzystanie z placówki i za lekarza pacjentom korzystającym z usług ambulatoryjnych w szpitalu. Dla celów porównawczych, Medicare zwraca Hartford HealthCare Hospital opłaty za placówki w następujący sposób: Hartford i Windham $109.97, Hospital of Central Connecticut $115.91, i Midstate Medical Center $124.39. Twoja firma ubezpieczeniowa będzie mogła udzielić informacji o wysokości ich zwrotu dla Hartford HealthCare Hospital za usługi ambulatoryjne szpitala. Jeśli nie jesteś w stanie zapłacić swojej części rachunku, skontaktuj się z 1-860-696-6010 by ubiegać się o pomoc finansową.

--------------------------------------------------------------------------------------------------------------------------

**This ratio represents our gross revenue compared to our total operating expenses. Each entity is distinct and variable for budget year 2018 as listed below.**

| Ratio of Cost to Charge for Budget Year 2018 | |
| --- | --- |
| Hartford Hospital | 39% |
| Hospital of Central Connecticut | 37% |
| MidState Medical Center | 37% |
| William Backus Hospital | 37% |
| Windham Hospital | 42% |
| Charlotte Hungerford Hospital | 39% |

000000137-B

(none)

# Hartford HealthCare

| Guarantor Account #: | 1469369 |
|---|---|
| Guarantor Name: | Kevin Lindsay |
| Statement Date: | 03/24/20 |
| Payment Due Date: | 04/23/20 |
| Page: | 3 of 5 |

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|---|---|---|---|---|---|
| | **Total Patient Payments and Adjustments** | | | -$1,311.49 | |
| | Your Responsibility | | | | $1,358.51 |

**Patient:** Lindsay, Kevin **Account #:** 41933602306
**Provider:** Brandon C Stahl, MD **Department:** BH A4 ORTHO MEDSURG

**FINAL NOTICE:** Our records indicate that your outstanding balance remains past due. Please remit payment in full by the due date to avoid turnover of your account to a collection agency. Please contact Customer Service at (877) HHC-BILL with any questions.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|---|---|---|---|---|---|
| 11/25/19 to 11/30/19 | SBSQ OBSERVATION CARE/DAY | $106.00 | | | |
| | Your Responsibility | | | | $106.00 |

**Patient:** Lindsay, Kevin **Account #:** 41933602309
**Provider:** Rommel R R Geronimo, MD **Department:** BH A4 ORTHO MEDSURG

**FINAL NOTICE:** Our records indicate that your outstanding balance remains past due. Please remit payment in full by the due date to avoid turnover of your account to a collection agency. Please contact Customer Service at (877) HHC-BILL with any questions.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|---|---|---|---|---|---|
| 11/25/19 to 11/30/19 | OFFICE CONSULTATION NEW/ESTAB PATIENT | $215.00 | | | |
| | Your Responsibility | | | | $215.00 |

**Patient:** Lindsay, Kevin **Account #:** 41933602312
**Provider:** Rommel R R Geronimo, MD **Department:** BH A4 ORTHO MEDSURG

**FINAL NOTICE:** Our records indicate that your outstanding balance remains past due. Please remit payment in full by the due date to avoid turnover of your account to a collection agency. Please contact Customer Service at (877) HHC-BILL with any questions.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|---|---|---|---|---|---|
| 11/25/19 to 11/30/19 | SBSQ OBSERVATION CARE/DAY | $195.00 | | | |
| | Your Responsibility | | | | $195.00 |



000096
0204

00000138-A

140014

# Hartford HealthCare

Guarantor Account #:  1469369
Guarantor Name:  Kevin Lindsay
Statement Date:  03/24/20
Payment Due Date:  04/23/20
Page:  4 of 5

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|------|-------------|---------|---------------------|-------------------|-----------------|

**Patient:** Lindsay, Kevin **Account #:**  41933602314
**Provider:** Brian S McLeod, MD  **Department:** BH A4 ORTHO MEDSURG

**FINAL NOTICE:**  Our records indicate that your outstanding balance remains past due. Please remit payment in full by the due date to avoid turnover of your account to a collection agency.  Please contact Customer Service at (877) HHC-BILL with any questions.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|------|-------------|---------|---------------------|-------------------|-----------------|
| 11/25/19 to 11/30/19 | INSERT TEMP INDWELLING BLAD CATH,COMP | $313.00 | | | |
| | Your Responsibility | | | | $313.00 |

**Patient:** Lindsay, Kevin **Account #:**  41933602318
**Provider:** Brian S McLeod, MD  **Department:** BH A4 ORTHO MEDSURG

**FINAL NOTICE:**  Our records indicate that your outstanding balance remains past due. Please remit payment in full by the due date to avoid turnover of your account to a collection agency.  Please contact Customer Service at (877) HHC-BILL with any questions.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|------|-------------|---------|---------------------|-------------------|-----------------|
| 11/25/19 to 11/30/19 | SBSQ HOSPITAL CARE/DAY | $105.00 | | | |
| | Your Responsibility | | | | $105.00 |

**Patient:** Lindsay, Kevin **Account #:**  41933602321
**Provider:** Brian S McLeod, MD  **Department:** BH A4 ORTHO MEDSURG

**FINAL NOTICE:**  Our records indicate that your outstanding balance remains past due. Please remit payment in full by the due date to avoid turnover of your account to a collection agency.  Please contact Customer Service at (877) HHC-BILL with any questions.

Professional Services (Including Physicians, APRNs, Physician Assistants, etc.)

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|------|-------------|---------|---------------------|-------------------|-----------------|
| 11/25/19 to 11/30/19 | OFFICE OUTPATIENT VISIT | $136.00 | | | |
| | Your Responsibility | | | | $136.00 |

00000138-B

# Hartford HealthCare

| | |
|---|---|
| Guarantor Account #: | 1469369 |
| Guarantor Name: | Kevin Lindsay |
| Statement Date: | 03/24/20 |
| Payment Due Date: | 04/23/20 |
| Page: | 5 of 5 |

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|---|---|---|---|---|---|
| **Patient: Lindsay, Kevin Account #:** 41934504404 | | | | | |
| **Department:** Backus Hospital Emergency Department | | | | | |

**FINAL NOTICE:** Our records indicate that your outstanding balance remains past due. Please remit payment in full by the due date to avoid turnover of your account to a collection agency. Please contact Customer Service at (877) HHC-BILL with any questions.

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|---|---|---|---|---|---|
| Hospital Services (Including equipment,supplies,room charges,non-physician medical staff, etc.) | | | | | |
| 12/11/19 | Previous Charges | $1,277.28 | | | |
| | Your Responsibility | | | | $1,277.28 |

**Patient: Lindsay, Kevin Account #:** 41935000654
**Provider:** Marc Guttman, MD **Department:** Backus Hospital Emergency Department

**FINAL NOTICE:** Our records indicate that your outstanding balance remains past due. Please remit payment in full by the due date to avoid turnover of your account to a collection agency. Please contact Customer Service at (877) HHC-BILL with any questions.

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|---|---|---|---|---|---|
| Professional Services (Including Physicians, APRNs, Physician Assistants, etc.) | | | | | |
| 12/11/19 | EMERGENCY DEPARTMENT VISIT MODERATE SEVERITY | $241.00 | | | |
| | Your Responsibility | | | | $241.00 |
| | | | **Balance Due** | | **$14,034.72** |

00000138-A



000096
0104

140014

000000138-B