United States District Court
District of Connecticut

Kevin Lindsay
  Plaintiff

v.

University of Connecticut
Health Center Et Al

Federal Court
155 Lafayette Blvd
Bridgeport, Connecticut
06604

Case No: 3:20-cv-00173 (KAD)

April 17, 2020

RE: Relief and Damages, Pain & Suffering

The Plaintiff, Kevin Lindsay #92883, housed at Corrigan C.I hereby request relief for damages he sustains on Nov. 25, 2019 by the hands of Medical Staff; as follows.

According to McFadden v. Sanchez, 710 F.2d 907, 911 (2d Cir. 1983) (similar to Berry); Garrick v. City and County of Denver 652. F.2d 969. 971 (10th Cir. 1981) (Federal law governs availability and computation of punitive damages regardless of State law limitations);

Therefore, the Plaintiff seeks the amount of $300,000 for injuries and damages done to the insides of his body, according to Backus Hospital and the surgery that had to take place the amount of damages are beyond reach, so that Plaintiff seeks $300,000 for error made to straight Catheter the Plaintiff without proper glidewires and equipment - Backus Hospital had to use "Ultrasound" to see where Catheter should go.

-1-

This Plaintiff feels he was not only injured but assaulted as well - to cause that much damage to his inner body especially a man's lower parts. In Raugolan v. County of Nassau, 370. F.3d 239, 245-47 (2d Cir 2004) (affirming $300,000 for past pain and suffering required some reduction of award for future pain and suffering. for prisoner seriously injured).

This Plaintiff states his recovery hasn't even began how much more damage will accure is unknown at this, the delay in treatment has put the Plaintiff in a bad situation and no one can predict the future. The Plaintiff has reached out for help as the pains grew every day. damages for deprivations of medical care for pains and suffering resulting from denial of medical treatment. (damages for permanent injury that can not be measured.);

In Kerman v. City of New York. 374 F.3d 93, 125 (2d Cir 2004) ("the damages recoverable for loss of liberty for the period spent in a Hospital, surgery on more then 3 occassion to repair the damage's done by the hands of the medical staff here at Corrigan") includes as physical harm, "Jamming a Catheter shows me that cause inner bleeding" "Humilation, to leave medical surprise at the officer cube in plain sight." dipers, Laxitive, medication's so that others can joke about. embarrassment, or emotional suffering; even absent such other injuries, an award of several thousand dollars shall be made appropriate simply for several hour's loss of Liberty").

1) RN Andrew Perdem;
2) RN Casey Lozada, both lack of medical care and treatment.

Our Supreme Court has held that something called "presumed damages" "may possibly" be appropriate as a substitute for compensatory damages in cases where the Plaintiff's injuries are impossible to measure. Memphis Community School District v. Stachura, 477 U.S. 299, 310, 316, 106 S. Ct 2537 (1986) (presumed damages that are designed to "roughly approximate the harm that the Plaintiff suffered and thereby compensate for harms that maybe impossible to measure;

ON NOV. 25, 2019 both RN/CHN Mrs Shaw and RN Yvonne M. Marceau was both involved in the injuring of the Plaintiff. RN Shaw was at the helm and quickly grabbed the Catheter without knowing the proper method or the understanding of what needed to be done; as a result causing serious damage. Then what had already happens. Then when the matter got worst and the bleeding started. RN Yvonne Marceau wanted no parts of the blame and exisled the Room. As A Nurse trained to help and assure the safely of the Plaintiff, she refuse to be apart of what had taken place.

The Plaintiff had request proper understanding of hows, when and why this injury happen from the place that repaired the damges "Backus Hospital" surgery staff.

This Plaintiff ask this Court and defendant's to look at the facts and reports made. There's

- 3 -

no dispute, and all that witness the pain and suffering the Plaintiff was going threw - was so serious a 911 emergency call was made. A urgent need for surgery had to happen - the normal processure was unsuccessful, Backus Hospital attempted "<u>initial attempt</u>" a <u>16 French coude</u>, without sucess, then a <u>20 French Foley</u> catheter without success, then easily passing a 22 French three-way catheter, all took place on NOV. 25. 2019.

    Exhibit 1, page 3 also state, A <u>20 French silicone</u> was also attempted by way of Ultrasound guidance. Could see only the tip within that mass in the bladder, but not beyond that, which back's up my facts about the proper equipment was not use by Medical staff.

    Therefore, on NOV. 26. 2019 more complications accure with the blood clotted the removable of catheter was necessary - then a <u>24 French three-way Coudé</u> was unable to be inserted, on page 13 in exhibit 1 - the <u>Physician Rommel R R Geronimo MD</u> - was called also <u>Dr. Brandon C. Stahl MD</u> at this time the Plaintiff doesn't know who preformed the task, but a tip had to be cut off the 24 French catheter - then a wirer was place over the catheter into the bladder. A Balloon was inflated to 30 ml's.

    How much clearer can this be. . . .

    The Plaintiff ask that this Court concider all pain and suffering he had to go threw to ensure his well-being.

the medical personal, Doctor, APRN and Nurse on duty was well informed. the Plaintiff wrote request after request to seek help.

On Nov. 24, 2019, Plaintiff was seen at sick call and explain that he could not urinate and the pain felt like discharge - he was told to drink water and try to relax. this was after his visit at U. Conn Health Center - medical personall was informed by U. Conn Doctor Albertsen, Peter C. MD that the Plaintiff has A PAS of 9.7 and it was higher then it was 2 months when last was that done and was significantly elevated for someone at the age 58 - the Doctor recommend a transperineal prostate biopsy at that point - due to the lack of concern the appointment was never schedule the Plaintiff wrote to APRN Loreen William and she couldn't understand why - the Plaintiff suffered each day cryed out for help - not knowing his body has shut-down and urine waste gathered in his stomack - from Nov. 24, 2019 - Nov. 25, 2019 the Plaintiff stood in his cell emotional broken down - without the help of Staff.

Plaintiff seek addictions relief for damages for "mental anguish and psychological torture." to be left in his cell for 2 days to suffer painfully, unable to cry out hoping that someone would see him standing over the talet pant down to his knees shaking out of control and not knowing what real pain is like. the Plaintiff fought for his down life - as the pain grew the more

the more the Light for my Life.

The Plaintiff has submitted to the Court and to defendant's Counsel, from 2014 — until — now up to date — the Plaintiff situations hasn't changed.

The Plaintiff has also submitted a copy of his day planner he received from Church service.

On Nov. 30, 2019 Plaintiff return from Backus Hospital, and placed in Medical infirmary, on Monday Dec. 2, 2019 at 1 am in the morning the Plaintiff was awaking by a sharp pain in his chess — upon RN <u>Amy Benoit</u> Rounds, as she approach the Plaintiff singal her for help. the Plaintiff explan to her, he was having chess pain's and in need of water. Nurse Benoit replyed by telling the Plaintiff, "<u>I don't do water</u> until 8 or 8:30 am and if I was in need to get it from the toilet. the Plaintiff stayed thats way until 8 am when RN Jessia came throw. the Plaintiff was still in Alot of as he suffer badly — RN Jessia ask what was wrong — and explans to her I was in a lot of pain and in need of my medication and water — RN Jessia took care of both and ask me why did I stay in so much pain and not ask for my med's and water — I explan to her what I was told by RN Benoit, RN Jessia wrote down every think I said word for word — Never found out the out-come.

Ton distinguishes mental and emotional pain's suffering <u>RN Benoit</u> left Plaintiff in a very painful situation for over 8 hours is and was very serious and stressful —

-6-

to cause more pain that has already been done. the Plaintiff physical pain. defendant RN Amy Benoit in failing to provide adequate medical care for the Plaintiff violated the Plaintiff rights for treatment. the Plaintiff seek $10,000 from each defendant named below;

1. RN Amy Benoit
2. RN Andrew Perdiem
3. RN Casey Lozada = [KC]

the Plaintiff seeks $100,000 Jointly and Severally against defendant Benoit, Perdiem, and Lozada for the physical and emotional injury resulting from their failure to provide adequate medical care to the Plaintiff. also

RN Casey Lozada for publicly humiliation the the Plaintiff by retaliation against the Plaintiff for Notifying APRN Mallory Murzkoski about her conduct, not only did RN Lozada expose the Plaintiff medical supplies." diper, pad's to wipe with, guaze and other items needed, RN Lozada also refuse medical treatment by refusing to clean and change the Plaintiff clamp that secured the catheter line that was place by the Hospital for safety and not allowed the Catheter to pull out.

Alternate version of damages demand;

On Nov. 25, 2019, defendant's Jeder, Shaw and Marceau for the physical and emotional injuries sustained as a Result of their failure to provide adequate medical care to the Plaintiff.

The Plaintiff also claims physical abuse by two (2) individuals, RN Beth Shaw and RN Yvonne Marceau for violation of Plaintiff's rights under the Eighth Amendment to the United States Constitution and constituted an assault and battery under state law.

The Plaintiff states, both defendant used a straight Catheter and jammed it three his penis causing a large amount of damages that had to be repaired by Backus Hospital surgical team. upon the assault Nurse Marceau. Ran from the room without assuring the Plaintiff safely. when RN Shaw jammed the item into the Plaintiff and blood shot threw the tubing. RN Marceau panic and wanting nothing to do with what had just happens was unprofessional. the Plaintiff was called to medical for follow-up. upon speaking to RN Shaw along with RN Marceau. the Plaintiff was telling the Plaintiff she had her share of what had happens to him and wanting no more parts dealing with the Catheter. the Plaintiff ask RN Shaw why RN Jessia ran from the room so fast. at that point she made it clean it wasn't RN Jessia that was RN Yvonne, Nurse Yvonne looked at RN Shaw "why throw me under the bus" the Plaintiff had no idea the other Nurse was Marceau, upon that information. the Plaintiff looked over his medical reports and at no point did RN Marceau wrote an incident on what had happen.

Relief Requested

Awards for damages to injuries and Pain & suffering jointly and severally against; and his the following amount;

1. $300.000 each against defendant's Shaw, Marceau and Jeter mo APRN Williams

2. $10.000 each against RN Lozada, RN Per diem and Nurse Amy Benoit.

Also Grant such other relief as it may appear that the Plaintiff is entitled too and his medical situations and surgery are still on going.

Dated. April 17, 2020

Respectfully submitted

by _____

Kevin Lindsay #92883
Corrigan-Radgowski CI
986 Norwich-New London Tpke
Uncasville, Connecticut
06382

motions to add Corrigan's staff upon information and Names of John Doe's Named in claim

-9-

Certifications

I the Plaintiff state a copy of the Witness list, along with his request for relief and Exhibit A and Exhibit-1 are all medical reports, results, incident reports (only partial - could not complete incident reports due to Seinds)". damages he seek in the amount of $350,000 and/or **As** Count States.

The Plaintiff has ungoing surgery pending at this and ask that this Court consider that as well.

dated April 17, 2020

Respectfully submitted

Kevin Lindsay Pro Se
# 92883

### Certify

A copy was mailed out on 17 of this day of April 2020 to all parties and counsel named in the above case.

cc:
Assistance Attorney General
James W. Donohue
110 Sherman Street
Hartford, Connecticut 06105
"And"
To Federal Court
915 Lafayette Blvd
Bridgeport, Connecticut 06604  by way of E-File for Records